**39.  RENEWING LEASE; CONDITION AT END OF TERM**

a)  Tenant may end the Lease at the end of the initial term, unless otherwise provided. Tenant must give Landlord at least thirty (30) days written notice before the end of the initial term if Tenant does not want the Lease to automatically renew for an additional monthly tenancy.

b)  If Tenant fails to give Landlord thirty (30) days written notice, Tenant shall be liable for an additional month's rent beyond the "ending date" of the Lease.

c)  This Lease automatically renews on a month-to-month basis if not ended or changed by either party.

d)  If Tenant is on a month-to-month Lease, Tenant must give Landlord thirty (30) days written notice to end the Lease.

e)  If Tenant notifies Landlord after the first of the month, the thirty day notice period does not begin until the first day of the next month.

f)  If Tenant does not leave at the end of the lease term, Tenant will pay Landlord a fee of twenty-five ($25.00) dollars per day of occupancy, however, in no event shall this amount exceed the total housing cost per bedroom size (rent and utilities) as restricted by the Low Income Housing Tax Credit Program and Tax Exempt Bond Program or applicable law.

g)  At the end of the term, Tenant shall remove all of Tenant's property, repair all damage to the leased property and return the leased property to Landlord in the same condition as it was at the beginning of the term, except for normal wear and tear. The leased property must be broom clean and Tenant must surrender the keys to Landlord.

h)  Should Tenant fail to vacate when the Lease is terminated or should Tenant fail to vacate after Tenant gives notice that they will vacate (whether or not they are in breach of this Lease), Tenant shall be responsible for all damages including broker's fees, attorney's fees and costs flowing from such failure and such damages shall be deemed collectable as additional rent. The Landlord may also pursue all remedies available at law.

i)  If the leased property becomes vacant or abandoned as a result of eviction proceedings or otherwise, Tenant hereby authorizes Landlord or Landlord's agent to re-enter the leased property and re-let the leased property. If after Tenant has abandoned the leased property or Tenant has been evicted or after Tenant has given written notice that the Tenant intends to vacate the leased property and personal property remains in the leased property, Landlord may remove and dispose of all of Tenant's personal property and charge Tenant all of the costs associated with its removal and disposal in accordance with District of Columbia Law.

**40.  LEAD BASE PAINT DISCLOSURE.**

Tenant acknowledges receipt of the Federal and District of Columbia Lead Based Paint Disclosures attached to this Lease.

**41.  TERMINATION OF TENANCY**

a)  The Landlord may only terminate this Lease for good cause and in accordance with District of Columbia law, regulations and applicable Court rules. Good cause for termination of this Lease is Tenant's failure to comply with the terms and conditions of this Lease, with addenda, including but not limited to:

1)  participating in or permitting any criminal activity;

VMP 11/28/16

### RESIDENTIAL LEASE – LIHTC (DC)

1. **NAMES OF LANDLORD AND TENANT(S)**

   a) Name of Landlord <u>Residences at Hayes Apartments</u>

   b) Name of Management Agent: <u>Pennrose Management</u> Phone # <u>202-688-8022</u>

   c) Address of Management Agent <u>5201 Hayes Street NE Washington, DC 20019</u>

   d) Address to send rent payments <u>5201 Hayes Street NE Washington, DC 20019</u>

   a) Name(s) of Tenant(s) signing Lease: <u>Ester Meugang</u>

2. **LEASED PROPERTY**

   a) The term "leased property" refers to the location Landlord agrees to rent to Tenant.

   b) The exact address of the leased property is: <u>5201 Hayes ST. NE #225 Washington, DC 20019</u>

3. **BEGINNING / ENDING DATES OF LEASE**

   a) The initial term of this Lease shall be for one (1) year, unless a different initial term is mutually agreed to by Landlord and Tenant(s). However, the initial term of the Lease shall not be for a term less than six (6) months.

   b) This Lease begins on <u>December 26th, 2018</u> ("Beginning Date").

   c) This Lease ends on <u>November 30, 2019</u> ("Ending Date").

   d) After the Ending Date of this Lease, the Lease terms and conditions will continue month-to-month, until the Lease is ended by either the Landlord for good cause only or Tenant for any reason.

   e) Landlord will make a good faith effort to have the leased property available to Tenant on the day the Lease term is scheduled to begin. If any delay does occur, no rent is due until the leased property is available to Tenant. Tenant can end this Lease by written notice to Landlord by certified mail, return receipt requested, before possession of the leased property is delivered to Tenant. Landlord is not responsible for any inconveniences, loss or damage if there is any delay in the making of the leased property available to Tenant. Landlord shall return any prepaid rent and security deposit to Tenant.

4. **MONEY OWED BY TENANT AT MOVE IN**

|  | Amount | Paid | Due |
|---|---|---|---|
| First month's rent | $ 0 | $ | $ |
| Last month's rent | $ | $ | $ |
| Security Deposit | $ 1,252.00 | $ | $ 1252.00 |
| Rent due for partial month | $ 242.34 | $ | $ 242.34 |
| Ending on 12/31/2019 |  |  | $ |
| Pet Security Deposit | $ | $ | $ |
| Furniture | $ | $ | $ |
| Air Conditioner | $ | $ | $ |
| Other _____ | $ | $ | $ |
| Total due before possession |  |  | $1494.34 |

**Pennrose Management Company (DC)**

**Lease Addendum for Low-Income Housing Tax Credit Properties**

This LIHTC LEASE ADDENDUM ("Addendum") is incorporated into and made a part of that Apartment Lease dated as of **12/26/18** (the "Lease") between **Ester Meugang** (individually and collectively, "Resident") and **Pennrose Management** ("Landlord"), as agent for the owner of the improved real estate know as **Residences at Hayes Apartments** (the "Community"), for Apartment No. **# 225 unit** (the "Apartment"). For the purposes of this Addendum, Landlord and Resident may be collectively referred to as the "Parties").

1. Rent.

   a. Resident's rent may be lower than the market rent which would otherwise be due on the Apartment. This lower rent is available because the property is operated pursuant to the rules and regulations of the Federal Low-Income Housing Tax Credit Program ("LIHTC") in accordance with Section 42 of the Internal Revenue Code of 1986, as amended (the "Code"). Notwithstanding any provisions of the Lease, Tenant agrees (in consideration of such lower rent) that the Community and Apartment shall be operated at all times in strict compliance with Section 42, regulations thereunder, and any regulatory agreement, restrictive covenant, or other agreement with the local Public Housing Authority - _____ (the "DCHA") (collectively, the "Section 42 Requirements").

   b. Resident's rent may also be reduced as a result of assistance provided through the DCHA. If Resident's rent is reduced or regulated as a result of one or more public programs, provisions which are required by those programs or by the DCHA administering those programs are referred to in this Addendum as "DCHA Requirements" and are applicable even if not specifically set forth.

   c. Resident understands and acknowledges that Resident's eligibility for the Apartment and/or the rent charged has been determined based on Resident's application, including those representations about Resident and Resident's household income, Resident's household composition and student status of Resident or members of Resident's household. If Resident has provided false information about, or falsely certified to, Resident and Resident's household income and/or composition, such false information or false certification will be deemed a material breach of the Lease and this Addendum and is grounds for immediate termination of the Lease and tenancy and eviction of Resident from the Apartment.

   d. Resident acknowledges that the rent for the Apartment is determined based upon the median income of the District of Columbia MSA as determined by the United States Department of Housing and Urban Development ("HUD") on an annual basis. Allowable rents are published annually by HUD and available from the PHA. Upon promulgation of annual allowable rents, Landlord will provide notice to Resident of any change in the rent charged under the Lease, which increases will be subject to the

terms of the Lease. Such notice shall be given at least thirty (30) days in advance of the next rental due date.

2. Utility Allowance.

   a. The rent for the Apartment detailed above includes a utility allowance of $120.00. If during the term of the Lease, or any renewal, extension or holdover period, should the utility allowance undergo review and revision by HUD or the PHA, the net rent to Resident may be adjusted by Landlord upon notice to Resident given at least (30) days in advance of the next rental due date.

3. Annual Recertification of Income and Household Composition

   a. On a yearly basis, or more frequently if Landlord has a reasonable belief Resident's eligibility is compromised, Landlord will give Resident written notice of Resident's need to provide information to allow Landlord to determine Resident's ongoing eligibility for the Apartment. Within thirty (30) days of such written notice from Landlord, Resident agrees to report the income, expenses and composition of Resident's household, to supply any other information required by either the PHA or the Public Requirements for the purposes of determining Resident's eligibility (collectively, the "Recertification Information") and to sign a Resident Income Certification form ("RIC"). Resident agrees to provide accurate statements of the requested information to Landlord and Landlord will verify the information supplied by Resident through third-party written verification. Resident agrees to provide Landlord with the name(s) and contact information of any third-party(ies) necessary for such verifications (the "3rd Party Information"). Resident further agrees to meet with Landlord for a rent and income review (the "Review") upon request of Landlord.

   b. Failure by Resident to truthfully supply the Recertification Information and/or 3rd Party Information as and when required by this Addendum or as requested by Landlord, to sign the RIC when requested by Landlord and/or to appear for the Review, will be considered a material breach of the Lease and this Addendum and is grounds for immediate termination of the Lease and tenancy and eviction of Resident from the Apartment.

4. Student Status.

   a. LIHTC provides for specific qualification restrictions with respect to occupancy by full-time students (as defined by the educational institution attend by that individual). Resident acknowledges that qualification to remain as a resident of the Apartment is at all times dependent upon the Resident and Resident's household meeting all student status requirements as subject to applicability of certain exemptions. Should Resident fail to meet all student status requirements, Resident agrees to vacate the Apartment within thirty (30) days or will be subject to eviction. Failure to meet such student status requirements will be considered a material breach of the Lease and this Addendum and is grounds for immediate termination of the Lease and tenancy and eviction of Resident from the Apartment

2

b. Resident certifies that neither Resident nor any member of Resident's household: (1) are full-time students; or (2) anticipates enrolling as a full-time student in the next twelve (12) months.

c. Resident will advise Landlord within ten (10) days if Resident or any member of Resident's household becomes a full-time student in order to allow Landlord to determine Resident's ongoing eligibility under LIHTC. Resident agrees to cooperate with any and all of Landlord's efforts to confirm the student status of Resident or any members of Resident's household including, without limitation, execution of any documents required to obtain the release of requested information from any education institution.

5. Ineligible Status.

a. Should Resident at any point during the initial term of the Lease, or any renewal, extension or holdover term, become ineligible under LIHTC based on Resident's then current RIC, Resident agrees to vacate the Apartment within thirty (30) days of service of written notice of ineligible status from Landlord. Failure to vacate the Apartment as required will result in the Landlord initiating an action for possession of the Apartment.

6. Transfers to New Apartments.

a. Resident acknowledges and agrees that Landlord has sole and absolute discretion in approving or denying any requests for transfers to new apartments at the Community. Should a transfer be approved, Resident acknowledges and agrees that such transfer will be treated as a new move-in, thereby requiring a new application, new lease, new RIC and all related documentation to allow Landlord to verify Resident's eligibility. Resident agrees to cooperate with Landlord in providing all information and completing all required documentation, and Resident's failure to so cooperate may result in Landlord rescinding approval for the transfer. Resident understands, acknowledges and agrees that Landlord will deny any request for transfer that may lead to or result in non-compliance with LIHTC.

7. Entire Agreement.

a. Except as expressly modified by this Addendum, all terms and conditions of the Lease remain unchanged, and the provisions of the Lease are applicable to the fullest extent not inconsistent with this Addendum. If a conflict between the terms of this Addendum and the Lease exists, the terms of this Addendum shall control the matters specifically governed by this Addendum. If any provision of this Addendum is invalid or unenforceable under applicable law, such provision shall be amended to comply with such law. The reformation of any provision of this Addendum shall not invalidate this Addendum or the Lease. An invalid provision that cannot be reformed shall be severed and the remaining portions of this Addendum shall be enforced. Any breach of the terms of this Addendum shall constitute a breach of the Lease to the same extent and with the same remedies to Landlord as provided in the Lease or

3

otherwise available at law or equity.  This Addendum does not limit any of Landlord's rights or remedies stated in the Lease, which are cumulative of those stated in this Addendum.

IN WITNESS WHEREOF, Landlord and Resident have signed this Addendum concurrent with the execution of the Lease and on the day and year first hereinabove written as the execution date of the Lease.

Resident or Residents (all sign below)                    Landlord's Representative

_____                              _____
(Resident)

_____                              By: _____
(Resident)                                             Title: _____

_____
(Resident)

4

5. **RENT**

a)  The rental amount each month is **$ 1,252.00** and is due on or before the first day of each month.

b)  Partial Payments - Tenant shall make all rent payments in full. Payment or receipt of a rent payment of less than the amount stated in the Lease is a partial payment. Under no circumstances shall Landlord's acceptance of a partial payment constitute accord and satisfaction or otherwise diminish Landlord's right to collect the balance due or to pursue any other remedy available under this Lease, despite, and notwithstanding, any conditional endorsement, stipulation or other statement on any check.

c)  Landlord will send a Notice to Vacate ("Notice to Quit") if Landlord does not receive rent by the end of the fifth (5th) day of the month. Any other notice required by District of Columbia is hereby waived by Tenant as to nonpayment of rent.

d)  A court action to remove tenant may begin on the sixth (6th) day of the month if Landlord has not yet received rent. Landlord does not have to give Tenant a 30-day notice to quit if Landlord does not receive rent due, and Tenant hereby waives receipt of such 30-day notice to quit in the event of nonpayment of rent.

e)  Rent Adjustment - The Tenant agrees that the rent may be adjusted from time to time during the term of this Lease or any renewal period as described below. Landlord agrees to give Tenant thirty (30) days written notice of any increase in monthly rent. The Tenant agrees to make all rent payments in accordance with the adjustments.

f)  If the monthly rent payments increase more than ten (10%) percent of the then current rent payment, the Tenant may choose to terminate this Lease by doing all of the following:

   1)  Send written notice of termination of the Lease within fifteen (15) days of the Landlord's notice to increase monthly rent payments.

   2)  The written notice must be sent to the Landlord by registered or certified mail, return receipt requested.

   3)  Pay the Landlord the reasonable and necessary costs of making the leased property ready for occupancy by another Tenant, excepting normal wear and tear of leased property. The Tenant's Security Deposit may be used toward payment of these costs.

   4)  Vacate the leased property before the effective date of the rent increase.

g)  RENT INCREASES FOR THE LEASED PROPERTY ARE NOT REGULATED BY THE RENT STABILIZATION (RENT CONTROL) PROGRAM UNDER CHAPTER 35 OF TITLE 42 OF THE D.C. CODE. TENANT MAY CONTACT THE DISTRICT OF COLUMBIA HOUSING FINANCE AGENCY AT THE BELOW LISTED ADDRESS REGARDING ANY COMPLAINTS:

       District of Columbia Housing Finance Agency
       815 Florida Ave., N.W.
       Washington, D.C. 20001
       Attention: Director of Compliance and Asset Management
       Ph. (202) 777 – 1600

Tenant Initials:  _EM_____

2

6. **LATE FEE CHARGES**
   a) Rent is considered late if delivered to Landlord or postmarked after the fifth (5th) day of each month.
   b) If rent is not paid by the end of the fifth (5th) day of the month, a late fee of 5% of the monthly rent due will be assessed.
   c) This charge is considered past due charges and is due with the following month's rent payment.

7. **BAD CHECKS**
   Tenant agrees to pay a fee of thirty ($35.00) dollars for any check that is not honored by the bank. Landlord reserves the right to require future rent payments in the form of money order or certified check.

8. **REPORTING OF PAST RENT OWED**
   Tenant is aware that Landlord may report any past rent, damages, utilities or other costs owed by Tenant to a credit reporting agency. Tenant understands this reporting could affect Tenant's ability to obtain credit or credit for future housing. Tenant also understands that Landlord may turn delinquent accounts over to a collection agency for further action.

9. **ORDER IN WHICH RENT PAYMENT IS APPLIED**

   Landlord applies rent received to money due from the past in the following order:
   a) Past Due Rent
   b) Other Past Due charges
   c) Current Rent
   d) Other Current Charges
   e) Damages to Leased Property
   f) Legal and Court Costs, but only pursuant to any court decision requiring Tenant to pay such costs
   g) Tenant Owed Utility Bills

10. **NUMBER OF OCCUPANTS**
    a) The most people allowed to live in the leased property is/are __2__ Adult(s) __0__ Child(ren)

       Names of all authorized occupants not signing this Lease:

       _____     _____

    b) Unauthorized occupants not listed on Lease or in the subsection above may not live in the leased property. If any unauthorized occupant(s) is living in the leased property, Landlord can:
       1) Send a thirty (30) day written notice to vacate.
       2) Require Tenant to pay for all damages caused by unauthorized occupant(s).

3

**c)** Unauthorized occupant(s) is anyone not listed on the Lease that has lived in the leased property for more than fourteen (14) days in a row.

**d)** THE LEASED PROPERTY IS IN A LOW-INCOME HOUSING TAX CREDIT COMMUNITY. ELIGIBILITY, OCCUPANCY AND ASSIGNMENT. TENANT UNDERSTANDS THAT FEDERAL LAW REQUIRES THAT ALL HOUSEHOLDS CERTIFY INCOME AND FAMILY COMPOSITION PRIOR TO OCCUPANCY AT LEASED PROPERTIES. WHILE A RESIDENT OF THE PROPERTY, TENANT AGREES TO COMPLY WITH ALL REQUIREMENTS OF THE FEDERAL LOW-INCOME HOUSING TAX CREDIT PROGRAM AND UNDERSTANDS THAT KNOWINGLY PROVIDING FALSE STATEMENTS IS PUNISHABLE UNDER FEDERAL LAW. COMPLIANCE UNDER THE PROGRAM INCLUDES, BUT IS NOT LIMITED TO, ANNUAL RECERTIFICATION OF HOUSEHOLD INCOME AND FAMILY COMPOSITION. TENANT FURTHER UNDERSTANDS THAT SHOULD THEIR INCOME EVER INCREASE ABOVE THE LIMIT UNDER THE LOW-INCOME HOUSING TAX CREDIT ELIGIBILITY REQUIREMENTS BASED ON THE THEN CURRENT MEDIAN INCOME LIMIT FOR THEIR FAMILY SIZE, AS PUBLISHED BY THE US DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, THE TENANT SHALL BE REQUIRED TO VACATE.

## 11. INSPECTION

**a)** By signing this Lease, Tenant agrees that the leased property is safe, clean and in good condition and that all appliances and equipment are in good working order.

**b)** When signing this Lease, Tenant also agrees to sign the Unit Inspection Report (Attachment No. 2), after reviewing it with the Landlord. When this Lease ends, Tenant is responsible for all items needing repair not listed on the Unit Inspection Report.

## 12. UTILITY SERVICES

Landlord and Tenant agree to pay for the utilities and services listed below:

| | TENANT PAYS | LANDLORD PAYS |
|---|---|---|
| Electricity/Lights | X | |
| Heat | X | |
| Lawn and Shrubbery Care | | X |
| Parking | | X |
| Sewer | | X |
| Water | | X |
| Snow Removal | | |
| Other (Specify) | | |

## 13. CHANGES TO THE LEASED PROPERTY

**a)** Tenant agrees not to change, alter or redecorate the leased property or equipment without Landlord's written permission. Without limiting the foregoing, the following are not permitted:

    **1)** Painting of walls a color other than the existing wall color when this Lease is signed;

4

2) Installing any wall covering material;

3) Installing ceiling tiles, or any other object which requires the drilling of holes in the floors, doors, walls or ceiling.

b) Landlord-approved changes that the Tenant makes to the leased property belong to the Landlord unless Landlord and Tenant agree otherwise in writing.

## 14. INSURANCE

a) Landlord agrees to carry fire and liability insurance on the building. Landlord does **not** insure Tenant's personal property.

b) Landlord strongly recommends that Tenant carry fire and liability insurance to protect Tenant, Tenant's personal property and his/her guest(s) and their property.

## 15. LANDLORD NOT RESPONSIBLE FOR TENANT'S PROPERTY AND TENANT'S GUEST INJURY

a) Landlord is not responsible for loss, theft or damage to property of Tenant or Tenant's guest(s), which is not caused by any negligent act or omission by Landlord or Landlord's agent(s) , servants or employees.

b) Landlord is not responsible for any injury to Tenant or Tenant's guest(s) while on the leased property, which is not caused by any negligent act or omission by Landlord or Landlord's agent(s), servants or employees.

c) All belongings left by Tenant become Landlord's property to remove or keep as abandoned property as provided by law. The cost of disposal and/or storage is charged to Tenant.

## 16. CARE AND USE OF THE LEASED PROPERTY

a) **Primary Residence:** Tenant agrees to use the leased property as Tenant's primary residence only for Tenant and authorized occupants.

b) **Use of Leased Property:** Tenant agrees not to use the leased property for any unlawful or hazardous purposes. Tenant shall not conduct any commercial use, business or profession on the leased property or display any signs.

c) **Obey all laws:** Tenant agrees to obey government housing regulations, local and state laws, and rules as set forth in the Resident Handbook.

d) **Keep safe and clean:** Tenant agrees to keep the leased property clean and safe against fire and water damage. Tenant agrees to remove trash, garbage and other waste in a safe manner. Tenant further agrees to clean the leased property, equipment and appliances supplied immediately before vacating the leased property and returning it to the Landlord.

e) **Notice to Landlord:** Tenant agrees to report any breakage, damage or need for repairs to the leased property or equipment to the Landlord. Tenant also agrees to report to the Landlord any unsafe or unsanitary conditions in the common areas and grounds which may lead to damage or injury. Landlord is not responsible for damage caused by Tenant's negligent or intentional failure to report to Landlord.

4850-6044-7293.v2

f) **Heating sources:** Tenant agrees not to use any heating source other than the one provided in the leased property. Tenant will keep the temperature at 60 degrees or above at all times. If Tenant is unable to comply, Tenant shall notify Landlord in writing and by telephone, prior to allowing the temperature to fall below 60 degrees. Tenant will pay for any damages to the leased property caused by Tenant's failure to maintain a temperature of at least 60 degrees and failing to notify the Landlord.

g) **Waterbeds:** Waterbeds are not allowed.

h) **Washers/Dryers:** Washers and dryers are only allowed as supplied by the landlord.

i) **Freezers:** Freezers are not allowed.

j) **Marijuana Prohibited:** Tenant agrees that smoking, growing, eating, using, gifting or possessing marijuana or marijuana infused products is illegal under federal law and is not allowed anywhere on the Community or in Tenant's leased property, even if Tenant has a patient registration card for use of medical marijuana, and that any such smoking, growing, eating, using, gifting or possessing marijuana may result in enforcement by government authorities. Any violation of this provision at the Apartment Project by the Tenant, any member of the Tenant's family, or any of the Tenant's guests, is a violation of the Lease by the Tenant (and the Tenant is responsible for the conduct of all of the aforesaid persons).

k) **No Illegal Drug Activity:** Tenant shall not use, hold, process, distribute, sell, manufacture, nor allow any household member or guest to use, hold, process, distribute, sell, manufacture illegal drugs, illegal drug ingredients or illegal drug paraphernalia on or about the leased property or any common areas, or any area on or near the property or on property controlled by the Landlord and/or using the leased property or the Landlord's property for such a purpose. Such illegal drug activity is a material breach of the Lease and will be grounds for an eviction proceeding against Tenant. A criminal conviction is not necessary for the illegal drug activity to be used as a breach of the Lease.

l) **Criminal activity:** Any criminal activity that threatens the health, safety or right to peaceful enjoyment of the premises by other residents; any criminal activity that threatens the health, safety or right to peaceful enjoyment of their residences by persons residing in the immediate vicinity of the premises; any criminal activity that threatens the health, safety or right to peaceful enjoyment of any on-site property management staff responsible for managing the premises; or any drug-related criminal activity on or near such premises, engaged in by a resident, any member of the resident's household or any guest or other person under the resident's control shall be grounds for termination of tenancy.

    1) Drug-related criminal activity is defined as the illegal manufacture, sale, distribution, use or possession with the intent to manufacture, sell, distribute, or use, of a Controlled Substance as defined in section 201 of the Controlled Substance Act, 21 U.S.C. 802.

m) **Other activity:** Any other activity that threatens the health, safety or right to peaceful enjoyment of the premises by other residents; any other activity that threatens the health, safety or right to peaceful enjoyment of their residences by persons residing in the immediate vicinity of the premises; any other activity that threatens the health, safety or right to peaceful enjoyment of any on-site property management staff responsible for managing the premises, engaged in by a resident, any member of the resident's household or any guest or other person under the resident's control shall be grounds for termination of tenancy.

n) Tenant shall comply with all laws and regulations with respect to (1) the sorting or separation of trash for the leased property, and (2) the use, generation, storage or disposal of hazardous

material, substances or wastes, as defined in Federal or District of Columbia laws and regulations.

## 17. TENANT'S RESPONSIBILITIES

a) No Noise: Tenant is responsible for the behavior and conduct of all people, either living with or visiting the Tenant. It is Tenant's responsibility to make sure these individuals behave in a manner that will not disturb neighbors.

b) Payment of Utilities: Tenant agrees to timely pay all utility bills for which Tenant is responsible. Section 12 lists Utility Services which Tenant pays. Tenant shall reimburse Landlord for all unpaid or late payments for Utilities Services which the Landlord incurs on Tenants behalf.

c) Locks: Tenant agrees not to change locks or put additional locks on doors. Landlord may remove, replace and charge Tenant for all unauthorized locks.

d) Storage: Tenant agrees not to store household or personal property outside the leased property, other than in designated storage facilities, without the prior written authorization of the Landlord. Attic and Crawl spaces are not to be used for storage, since this presents a fire hazard.

e) Phone Numbers: Tenant agrees to provide Landlord with current home and work phone numbers and will inform Landlord of any change in these numbers.

f) Antenna: Tenant agrees not to install or attach to the building any antenna or satellite dish.

g) Rules: Tenant agrees to obey the rules as explained in the Resident's Handbook, which shall be issued to Tenant. The Tenant agrees to obey additional rules established after the effective date of this Lease if:

1) The rules are reasonably related to the safety, care and cleanliness of the building and the safety, comfort and convenience of the Tenants; and

2) The Tenant received written notice of the proposed rules at least thirty (30) days before the rule is enforced.

## 18. LANDLORD'S RESPONSIBILITIES

a) Government Regulations: Landlord agrees to keep the leased property and common areas available in a condition permitting habitation, with reasonable safety, as required by law or government regulation.

b) Good Repair: Landlord agrees to maintain the leased property and all equipment provided and common areas and facilities provided for the use and benefit of Tenant in compliance with all applicable local, state and federal laws. The Landlord agrees to respond in a reasonable time to calls by Tenant for services consistent with its obligations.

## 19. LANDLORD'S RIGHT TO ENTER LEASED PROPERTY

a) Landlord agrees to give Tenant forty-eight (48) hours written notice before entering the leased property. Landlord or person chosen by Landlord has the right to inspect, show, make repairs and do maintenance even if the Tenant is not home.

b) Landlord or person chosen by Landlord has the right to enter the leased property without notice for an emergency. If Tenant is not present, Landlord agrees to promptly notify Tenant of the entry.

7

c) Tenant agrees to permit Landlord to place a for sale, rent or other sign on or near the leased property.

## 20. DAMAGE TO LEASED PROPERTY

a) Whenever damage is caused by carelessness, misuse, or neglect on the part of Tenant, his/her family, guests or visitors, the Tenant agrees to pay:

1) the cost of all repairs to the leased property, common areas, buildings or facilities resulting from the fire or other casualty caused by Tenant or Tenant's guest and to do so within thirty (30) days after receipt of the Landlord's demand for the repair charges; and

2) rent for the period the unit is damaged, whether or not the leased property is habitable.

b) Whenever the leased property is damaged to the extent that the Landlord determines that the leased property is not habitable, the Lease terminates immediately. Landlord will collect money owed by Tenant, then return the security deposit minus charges against the security deposit. Once the Lease has ended, Landlord is not responsible for finding replacement housing for Tenant.

c) Any window(s), screen(s) or door(s) broken by Tenant or Tenant's guests is the Tenant's responsibility.

## 21. VEHICLES

a) Tenant agrees to park cars, trucks and motorcycles in the designated parking areas. All vehicles must be in operating condition and have current registration, license plates and inspection stickers. Tenant further agrees to provide Landlord with proof of insurance on each vehicle using the designated parking areas. Any vehicle not meeting these requirements may be removed by Landlord within forty-eight (48) hours. Tenant agrees to pay towing, storage and other expenses to remove the vehicle(s).

b) Tenant agrees not to park or store a motor home, camper, trailer, boat, boat trailer or other recreational vehicle without the written permission of Landlord.

c) Painting, washing, waxing, repairing or servicing of any vehicle is not permitted anywhere on the property.

## 22. LOST KEYS

a) If Tenant contacts Landlord to unlock a door between 9 AM and 5 PM Monday through Friday, the cost is ten dollars ($10.00) for the first lockout service. The charge for second and subsequent lockout service during office hours is twenty-five ($25.00). For Tenant lockout calls after-hours, Resident will be instructed to call a locksmith at the Resident's expense.

b) If Tenant decides to use a locksmith, Tenant must pay locksmith and provide Landlord with a new key immediately.

c) If Tenant contacts Landlord to replace a lost key, the cost is twenty-five dollars ($25.00) per key. Landlord will also charge Tenant a re-keying charge of thirty-five dollars ($35.00) per door lock if any key is not returned at the end of the Lease or if Tenant changes locks without Landlord's permission.

4850-6044-7293.v2

23. **REPAIRS**

    **a)** Tenant agrees to immediately notify Landlord in writing and by phone of any dangerous or defective conditions on the property or in the leased property. If Tenant fails to do so, Tenant may be responsible for all injury or damage caused by the dangerous or defective condition, unless caused by the negligent act or omission of Landlord or Landlord's agents, servants or employees.

    **b)** Tenant agrees to pay the total cost of repair for damage caused by Tenant or Tenant's guest(s). This charge is considered damages to leased property and is due with the following month's rent payment.

    **c)** Tenant agrees to pay to open all clogged drains, toilets, sinks and traps caused by Tenant's or Tenant's guest(s) actions or inactions.

    **d)** Landlord is not responsible for any inconvenience or loss that a needed repair might cause, unless caused by the negligent act or omission of Landlord or Landlord's agents, servants or employees.

24. **SIZE OF DWELLING**

The Tenant understands that the Landlord assigns units according to the household size and/or local ordinances which may apply. If the Tenant is or becomes eligible for a different size unit and the required unit becomes available, Tenant agrees to move within thirty (30) days after Landlord notifies Tenant, at Landlord's option, that a unit of the required size is available within the project. It is expressly acknowledged that where applicable, the ability of the Tenant to transfer from one building at the property to another is dependent upon the Tenant meeting the Low Income Housing Tax Credit Program eligibility guidelines.

25. **SMOKE DETECTORS**

    **a)** Landlord has supplied working smoke detector(s) in the leased property in accordance with the District of Columbia Construction Codes. If smoke detector(s) contain any batteries, batteries should be tested monthly and will be replaced as necessary at no charge.

    **b)** Tenant agrees to notify Landlord immediately if any smoke detector(s) fail(s) to work for any reason.

    **c)** Tenant agrees not to disconnect a smoke detector or allow anyone else to disconnect it. In the event that a battery-operated smoke detector is provided, Tenant agrees not to remove the battery or allow anyone else to remove it. Tenant is responsible for any injuries, damages or loss caused by Tenant or Tenant's guest(s) disconnecting a smoke detector for any reason.

26. **PETS NOT ALLOWED**

    **a)** Tenant agrees not to have any pets or animals on the leased property without the written permission of Landlord. If Landlord discovers Tenant has an animal on the leased property without Landlord's permission, Landlord can send a thirty (30) day notice to vacate to Tenant.

    **b)** Tenant agrees to pay Landlord for damages that the animal causes.

    **c)** If Tenant receives Landlord's written permission, Tenant agrees to follow the Pet Policy and Pet Addendum which are Attachments No. 3 and 4 to this Lease.

**27. TOGETHER AND INDIVIDUAL LIABILITY**

If more than one Tenant signs this Lease, each is jointly and severally responsible individually or together for making full rent payments and performing other obligations under this Lease. This means that Landlord can make both Tenants or just one Tenant responsible to pay the full rent, and to perform the other obligations under this Lease, even if one Tenant has moved out.

**28. ADDITIONAL SIGNERS TO THE LEASE**

a) All signers of this Lease are responsible for all financial obligations. This includes but is not limited to: rent, late fees, damages and other costs over and above the security deposit.

b) The approved signers not living in the leased property give the Landlord permission to place a money claim or lien on real estate located at

_____

_____

c) The additional signer's address (es) is/are

_____

d) The additional signer's phone number(s) is/are

_____

e) The additional signer's Social Security number(s) is/are

_____

f) Landlord will place a money claim or lien on the real estate after receiving a court judgment showing the amount of money Tenant owes.

**29. TENANT MAY NOT TRANSFER OR SUBLEASE**

Tenant is not permitted to assign this Lease or transfer, sublease or allow anyone else to occupy the leased property without Landlord's written permission, in Landlord's sole and absolute discretion.

**30. TAKING BY GOVERNMENT**

The government has the right to take private land for public use. If the government takes all or part of the leased property this Lease expires and terminates. Both Landlord and Tenant agree to end this Lease as of the date of transfer.

**31. CERTIFICATION AND REGULARLY SCHEDULED RECERTIFICATION**

Prior to commencing the tenancy and every year around the ___1st___ day of [MONTH THAT IS 60 DAYS PRIOR TO ANNIVERSARY OF OCCUPANCY], Landlord will request the Tenant to report the income and composition of the Tenant's household and to supply any other information required for the purposes of determining the Tenant's eligibility under the Low Income Housing Tax Credit program under Section 42 of the Internal Revenue Code, as may be amended, and related

10

regulations and the Tax-Exempt Bond program under Section 142(d) of the Internal Revenue Code, as may be amended, and related regulations and under all other applicable financing sources. Tenant agrees to provide accurate, true and correct statements of this information and to do so by the date specified in the Landlord's request. The Landlord will verify the information supplied by the Tenant. If the Tenant does not submit the required recertification information by the date specified in the Landlord's request, Landlord may impose a monetary penalty of ten ($10.00) dollars per day. If the Tenant fails to provide the requested information within thirty (30) days or supplies inaccurate, false or misleading information, the Landlord may terminate this Lease with thirty (30) days written notice.

## 32. TRUTHFUL APPLICATION AND CERTIFICATION

Tenant must provide truthful, accurate and correction information regarding family income, family composition and all other data on any rental application or any other information or certification supplied by Tenant to Landlord. If Landlord learns that the Tenant is not truthful, accurate and correct on the rental application or any information or certification supplied by Tenant to Landlord, Landlord may end this Lease with thirty (30) days written notice. If the Tenant provides false information regarding family income, family composition or other data on which Tenant's eligibility is determined, the Tenant may become subject to penalties available under federal law. Those penalties include fines up to $10,000.00 and imprisonment for up to five (5) years.

## 33. AUTHORIZATION FOR RELEASE OF INFORMATION

Upon request of Landlord, Tenant agrees to execute any and all authorizations, releases and/or forms necessary for Landlord to obtain required data from utility companies regarding Tenant's usage and account information. Failure to comply with this provision will be considered a material breach of the Lease.

## 34. SALE OF PROPERTY

a) If Landlord sells the property, Landlord will transfer all security deposits and any interest due to the new Landlord. Landlord agrees to notify Tenant about the sale and to provide the name, address and phone number of the new Landlord and where rent is to be paid.

b) The new Landlord is responsible to Tenant for the return of the security deposit and any interest due after the sale of the property.

c) Tenant understands that Landlord will not have any more responsibilities in this Lease after the property is sold to the new owner.

## 35. NOTICES

a) Landlord agrees to send all notices to Tenant in writing by regular or certified mail or to deliver in person. If Tenant is not home, Landlord or Landlord's representative will place the notice on the leased property in an easy to see location.

b) Notices to quit must be delivered to Tenant in person, but if Tenant cannot be located, the notice may be delivered to a person of proper age in the leased property; if no such person can be located, the notice may be posted in a conspicuous place on the leased property and mailed through first class U.S. Mail, postage prepaid, to the leased property within 3 calendar days of the date of posting.

11

c) Tenant agrees to send all notices to Landlord in writing by certified mail, return receipt requested.

## 36. DEATH DURING LEASE

a) If a Tenant dies during the term of this Lease, then the deceased Tenant's interest in the leased property terminates.

b) Security Deposit will be returned within thirty (30) days of the end of the Lease if:

    1) Rent and other charges remaining due are paid in full;

    2) All furniture and personal belongings are removed within 30 days and leased property is clean;

    3) All conditions listed under item 44 c) through j) have been satisfied.

c) If Lease is signed by more than one person, the surviving Tenant(s) who signed the Lease is (are) responsible to complete the Lease.

d) If Tenant's personal property is not removed from the leased property within thirty (30) days from the date of death, then Landlord will remove and dispose of the personal property at Tenant's expense as provided by law with no further responsibility of Landlord.

e) If for any reason, the executor of Tenant's estate does not remove Tenant's personal property from the leased property within thirty (30) days and/or if Landlord is unable to gain access in order to dispose of belongings as prescribed in paragraph "d" of this section, then Tenant's estate will be charged the market rent for the leased premises. Market rent will be charged to the Tenant's estate for as long as the deceased Tenant's belongings remain on the leased premises.

## 37. LANDLORD DOES NOT GIVE UP RIGHTS

a) If Landlord fails to enforce any clauses in this Lease, Landlord may enforce these clauses at a later time without penalty.

b) If a court finds any clause against the law, all other clauses that are legal are not affected.

## 38. CHANGING TERMS AND CONDITIONS OF LEASE

a) Landlord must give Tenant at least thirty (30) days written notice before the end of the initial term or any subsequent term if any terms and conditions are changed. Other than permissible rent increases, Tenant has fifteen (15) days from the date of receiving the notice to decide to accept or reject the changes in terms and conditions.

b) If Tenant accepts the changes in terms and conditions by giving Landlord written notice within the fifteen (15) day period, the Lease continues under the new terms and conditions given by Landlord.

c) If Tenant rejects the changes in terms and conditions by giving Landlord written notice within the fifteen (15) day period, the Lease continues on the previous terms without change, other than permissible rent increases.

4850-6044-7293.v2

2) failure to comply with federal, state or local statute, rule or regulation;

3) failure to pay rent within the five (5) day grace period;

4) failure to reimburse Landlord within thirty (30) days of a chargeable repair;

5) repeated late payment of rent;

6) permitting unauthorized person(s) to live in the leased property;

7) repeated or serious damage to the leased property or common areas;

8) creating of physical hazards or other hazards that will increase the Landlord's liability insurance premium;

9) repeated or serious violations of the Lease that disrupt the livability of the property, adversely affect the health or safety of any person or have an adverse financial effect on the property, interfere with the management of the property or interfere with the rights and quiet enjoyment of the other tenants;

10) failure to repay unauthorized assistance payments;

11) giving Landlord false, inaccurate or incorrect information regarding income, composition or other factors considered in determining the Tenant's rent or eligibility; or

12) failure to timely supply Landlord with all required information on the income, composition and eligibility factors of the Tenant's household, including failure to meet the disclosure and verification requirements for social security number.

13) failure to meet eligibility requirements if all household members are or become full time students.

b) The Landlord shall give the Tenant written notice of termination of the Lease in accordance with District of Columbia law, regulations and applicable Court rules. All termination notices shall:

1) Specify the date the Lease will be terminated;

2) State the grounds for termination of Lease;

3) Except as provided in Section 5 of this Lease with respect to nonpayment of Rent, advise the Tenant that he/she has thirty (30) days within which to vacate the leased property prior to the start of a court action for possession and money damages.

## 42. LANDLORD'S RIGHTS IF TENANT BREAKS LEASE

a) If Tenant breaks this Lease, Landlord has the right to, in accordance with District of Columbia laws, regulations and applicable Court rules:

1) end this Lease;

2) go to court to get back (recover possession) the leased property;

3) hire an attorney to start a court eviction action. If the Court finds in favor of Landlord, Tenant agrees to pay Landlord all collection agency fees, sheriff or constable fees, moving and storage costs and all other expenses Landlord incurs;

4) start court eviction action without an attorney. If the Court finds in favor of Landlord, Tenant agrees to pay Landlord all collection agency fees, sheriff or constable fees, moving and storage costs and all other expenses Landlord incurs;

14

    **5)**  go to court to recover rent and other charges due until the end of this Lease even if this Lease has not ended.

**b)** If Landlord wins in court, Landlord can use the court process to take Tenant's personal property, motor vehicles, and money in banks, to the extent provided by law.

## 43.  LEASE SUBORDINATE TO LANDLORD'S MORTGAGE

*"Subordinate"* and *"subordination"* are legal terms that mean that this Lease does not have any effect upon the rights of the Landlord's mortgage company. In other words, Tenant's rights under this Lease are subordinate to Landlord's mortgage company. If Landlord does not make the mortgage payments, the mortgage company may have the right to end the Landlord's ownership of the leased premises. If the mortgage company sells the leased premises at a mortgage foreclosure sale, the Lease may end. Tenant agrees that Landlord has the right to mortgage the leased premises. If Landlord has a mortgage on the leased premises now, or if Landlord gets a mortgage in the future, Tenant agrees that this Lease is subordinate to the Landlord's mortgage.

## 44.  SECURITY DEPOSIT

**a)** Landlord acknowledges receipt from Tenant of a security deposit in the amount shown in Paragraph 4. The security deposit is to be held by Pennrose Management Company (the "Agent") in a separate interest-bearing account in the name of the Agent in any banking or savings institution selected by the Agent located in the District of Columbia.

**b)** Within forty-five (45) days of Tenant's vacating the Apartment, Landlord will notify Tenant in writing of Landlord's intent to withhold and apply the security deposit and within thirty (30) days after such first notice will furnish Tenant with an itemization of any damages chargeable to Tenant including any sums which are being withheld from the security deposit. As required by applicable law, Tenant will be refunded any portion of the security deposit, which is not retained and applied by Landlord in the manner set forth above, with interest. If the security deposit is insufficient to cover the charges or sums owed to Landlord by Tenant, Tenant will still be liable for all sums which remain owing to Landlord, after application of the security deposit.

**c)** Upon vacating the leased property, Tenant must furnish Landlord, in writing, a forwarding address. If Tenant fails to leave a forwarding address, it is understood that any communication from Landlord will be sent to Tenant at Tenant's last known address; i.e. the leased property vacated.

**d)** Landlord will use security deposit money in the following order:

    **1.** Additional Rent Charges         **5.** Past Due Rent

    **2.** Tenant-owed Utility Bills        **6.** Current Rent

    **3.** Legal and Court Costs          **7.** Damages to leased property

    **4.** Other Fees and Costs not paid

**e)** Tenant cannot use the security deposit as payment for any month's rent including the last month's rent without court authorization.

## 45.  RETURN OF SECURITY DEPOSIT

Return of Tenant's security deposit and interest is subject to the following conditions:

a) Full term of Lease has ended;

b) Landlord has received a written forwarding address of tenant before moving;

c) All rent paid in full;

d) All keys and other items that Landlord provided are returned;

e) No damage to the leased property has occurred beyond normal wear and tear;

f) All personal property has been removed;

g) The entire leased property has been cleaned, including all appliances and carpets;

h) Holes in walls, scratches in woodwork, holes or damage to flooring, whether carpeting, tile or wood, have been repaired according to standard practices;

i) No late charges remain due;

j) All utility bills are paid in full and written proof given to Landlord;

k) Compliance with all Lease provisions.

**46. MANAGEMENT AGENT-SERVICE OF PROCESS-NOTICE**

a) _____, _____, Suite _____, _____, telephone number _____, is the management entity managing the Apartment Project. _____ is authorized to act for or on behalf of the owner for purposes of service of process and notice with respect to matters arising out of this Lease.

**47. ATTACHMENT TO THE LEASE**

a) Attachment No. 1 – District of Columbia Municipal Regulations and Tenant Bill of Rights

b) Attachment No. 2 - Unit Inspection Report

c) Attachment No. 3 – Grievance Procedures

d) Attachment No. 4 - Pet Policy (where applicable)

e) Attachment No. 5 - Pet Addendum for Pet Owners (where applicable)

f) Attachment No. 6 - Lease Addendum for Accessible Units (where applicable)

g) Attachment No. 7 - Receipt for Security Deposit

h) Attachment No. 8 - Form W-9 Request for Taxpayer Identification Number and Certification

i) Attachment No. 9 - Mold Addendum

j) Attachment No. 10 – Disclaimer of Personal Property Liability

k) Attachment No. 11 - Satellite Dish and Antenna Lease Addendum

l) Attachment No. 12 - Section 8 Tenancy Addendum (if applicable)

m) Attachment No. 13 – Drug Free Housing Addendum

n) Attachment No. 14 - Smoke Free Housing Addendum

o) Attachment No. 15 - VAWA Addendum

16

**p)** Attachment No. 16 – Tenant Income Certification

---

## 48. ADDITIONAL CONDITIONS BETWEEN LANDLORD AND TENANT

THE LANDLORD AGREES NOT TO DISCRIMINATE BASED UPON RACE, COLOR, SEX, AGE, RELIGION, NATIONAL ORIGIN, DISABILITY OR FAMILY STATUS.

THIS LEASE COMPLIES WITH ALL DISTRICT OF COLUMBIA LAWS.

TENANT AGREES LANDLORD GAVE TENANT TIME TO REVIEW THIS LEASE. IF TENANT DOES NOT UNDERSTAND THE LEASE TERMS, TENANT SHOULD SEEK THE ADVICE OF AN ATTORNEY BEFORE SIGNING. BY SIGNING THIS LEASE, EACH TENANT AGREES HE OR SHE HAS READ AND UNDERSTANDS ALL OF THE TERMS AND CONDITIONS.

THIS LEASE WITH ANY ADDED CLAUSES OR HOUSE RULES IS THE FINAL AND COMPLETE AGREEMENT BETWEEN LANDLORD AND TENANT. NO OTHER ORAL OR WRITTEN AGREEMENTS ARE PART OF THIS LEASE.

Tenant acknowledges receipt of a copy of this Lease, all Attachments and a copy of the provisions of the District of Columbia Housing Regulations set forth in Chapter 3 and Chapter 1 and 101 and 106, and affirmatively states that Tenant has read or has been given the opportunity to read the Lease Agreement prior to entering into this Lease.

_____        _____
Tenant                                                          Tenant

_____        
Landlord                                                        Landlord

Dated: _____

17

# BEDBUG ADDENDUM

It is our goal to maintain the highest quality living environment for our Residents. The Owner/Agent has inspected the unit prior to lease and knows of no bedbug infestation. Residents have an important role in preventing and controlling bed bugs. While the presence of bed bugs is not always related to personal cleanliness or housekeeping, good housekeeping will help control the problem by identifying bed bugs, minimizing an infestation, and limiting its spread. It is important to underscore that travelers are mainly responsible for the transfer of bed bugs.

Resident(s) represent(s) that all furnishings and other personal property that will be moved into the unit are free of bedbugs.

_EM_       _Esther Meigang_       _12/26/2018_
_____    _____    _____
Tenant Signature       Tenant Name Printed       Date


_____    _____    _____
Tenant Signature       Tenant Name Printed       Date


_____    _____    _____
Tenant Signature       Tenant Name Printed       Date

_Mark Gladden_       _MAXME Gladden_       _12/26/18_
_____    _____    _____
Landlord Signature       Landlord Name Printed       Date

Resident agrees to maintain the premises in a manner that prevents the occurrence of a bedbug infestation in the premises.

Resident agrees to uphold this responsibility in part by complying with the following list of responsibilities:

1. Resident shall practice good housekeeping, including the following:
    • Resident shall **check for hitch-hiking bedbugs.** If you stay in a hotel or another home, inspect your clothing, luggage, shoes, and belongings for signs of bed bugs *before* you enter your apartment. Check backpacks, shoes, and clothing after visits to friends or family, theaters, or after using public transportation. After guests visit, inspect beds, bedding, and upholstered furniture.
    • Resident shall **remove clutter.** Bed bugs like dark, concealed places, such as in and around piles of clothing, shoes, stuffed animals, laundry, especially under the bed and in closets. Reducing clutter also makes it easier to carry out housekeeping.
    • Resident shall **keep the unit clean.** Vacuum and dust regularly, particularly in the bedroom, being especially thorough around and under the bed, drapes, and furniture. Use a brush attachment to vacuum furniture legs, headboard, and in and around the nightstand. While cleaning, look for signs of bed bugs, and report these immediately.
    • Resident shall **arrange furniture to minimize bed bug hiding places.** If possible, keep beds and upholstered furniture several inches away from the walls. Bed bugs can jump as far as three inches.
    • Resident shall **cover mattresses and box springs with zippered covers that are impermeable to bed bugs.** These are relatively inexpensive, and can prevent bed bugs from getting inside the mattress, their favorite nesting spot. The covers will also prevent any bugs inside from getting out; they will eventually die inside the sealed cover (though this may take many months). Thicker covers will last longer.
    • Resident shall **avoid using appliances, electronics and furnishings that have not been thoroughly inspected for the presence of bedbugs.** Make sure that the electronics, appliance, or furniture company

has established procedures for the inspection and identification of bedbugs or other pests. This process should include inspection of trucks used to transport appliances, electronics, or furniture. Never accept an item that shows signs of bedbugs. Never take discarded items from the curbside.

2. Resident shall report any problems immediately. Specifically, Resident shall:
   • **Report any signs of bed bugs immediately.** Do not wait. Even a few bugs can rapidly multiply to create a major infestation that can spread from unit to unit.
   • **Report any maintenance needs immediately.** Bed bugs like cracks, crevices, holes, and other openings. Request that all openings be sealed to prevent the movement of bed bugs from room to room.

3. Resident shall cooperate with pest control efforts. If your unit (or a neighbor's unit) is infested with bed bugs, a pest management professional may be called in to apply pesticides. The treatment is more likely to be effective if your unit is properly prepared. Resident shall comply with the recommendations from the pest management professional, including:
   • **Removing all bedding** (bed skirts too), drapes, curtains, and small rugs; bag these for transport to the laundry or dry cleaner.
   • **Checking mattresses carefully;** those with minimal infestation may be cleaned, encased in vinyl covers, and returned to service. Heavily infested mattresses are not salvageable; seal these in plastic and dispose of them properly.
   • **Emptying dressers, nightstands, and closets.** Remove all items from floors and surfaces. Inspect every item for signs of bed bugs. Using sturdy plastic bags, bag all clothing, shoes, boxes, toys, stored goods, etc. Bag washable and nonwashable items separately. Take care not to tear the bags, and seal them well. Used bags must be discarded properly.
   • **Vacuuming floors,** including inside closets. Pay special attention to corners, cracks, and dark places.
   • **Vacuuming all furniture,** including inside drawers and nightstands. Vacuum mattresses, box springs, and upholstered furniture, being sure to remove and vacuum all sides of loose cushions, as well as the undersides of furniture.
   • **Carefully removing vacuum bags,** sealing bags in plastic, and discarding.
   • **Cleaning all machine-washable bedding drapes, clothing, etc.** Use the hottest water the machine provides, and dry at highest heat setting. Take other items to a dry cleaner, but be sure to advise the dry cleaner that the items are infested. Discard any items that cannot be decontaminated.
   • **Moving furniture toward the center of the room,** so that technicians can easily treat carpet edges where bed bugs congregate, as well as walls and furniture surfaces. Be sure to leave easy access to closets.

4. Resident agrees to indemnify and hold harmless the Owner/Agent from any actions, claims, losses, damages, and expenses, including, but not limited to, attorneys' fees that the Owner/Agent may sustain or incur as a result of the negligence of the Resident or any guest or other person living in, occupying, or using the premises.

| | | |
|---|---|---|
| _EM_ | _ESTHER MELIGANG_ | _12/26/2018_ |
| Tenant Signature | Tenant Name Printed | Date |
| | | |
| Tenant Signature | Tenant Name Printed | Date |
| | | |
| Tenant Signature | Tenant Name Printed | Date |
| _Maxine Glatter_ | _Maxine Glatter_ | _12/26/18_ |
| Landlord Signature | Landlord Name Printed | Date |

## FITNESS CENTER ADDENDUM

This Rider shall serve as an Addendum to the Lease and is hereby incorporated and made a part of the Lease. If there is a conflict between this Rider and the Lease, the terms of this Rider shall govern.

**FITNESS CENTER:** The Fitness Center is open to all Residents 24-hours a day, 7 days a week. Access to the Fitness Center is as directed by Management.

**LIABILITY AT ALL APARTMENT RECREATION AREAS:** The Fitness Center and the Amenities Room provided in the Apartment community are to be utilized by resident and guests at their own risk. Appropriate attire must be worn in all common areas, proper safety equipment must be utilized, where applicable. The Fitness Center features equipment and varied instruction for your fitness enjoyment.

**FITNESS CENTER RULES:**
1.      Only current Tenants (and guests, per the Lease) of Building are permitted in the fitness room at any time.
2.      Children age 17 and under are not permitted in the fitness room at any time. This includes strollers, baby carriers, and children sitting inside the fitness room area while a parent/guardian is exercising.
3.      Rubber soled shoes that cover the entire foot must be worn at all times. For health and safety reasons, sandals, spiked shoes, work boots, and flip-flop type shoes are not permitted.
4.      Shirts must be worn at all times. Bathing suits and jeans are not permitted in the Fitness Center.
5.      Food is not permitted in the Fitness Center. Closed, plastic beverage containers are allowed. Glass containers are prohibited.
6.      No alcoholic beverages shall be served or consumed in or around the fitness / Amenities room at any time. No person under the influence of alcoholic beverages is permitted in or near the Fitness Center.
7.      Running and jumping, "horseplay," fighting, boisterous or dangerous conduct, and/or any noisy behavior disturbing to other residents is forbidden in or around the Fitness Center area.
8.      Please be considerate of other residents by wiping down equipment after each use.
9.      Cardiovascular equipment use is limited to 30 minutes when people are waiting.
10.     The Fitness Center is not a supervised area and residents exercise at their own risk.
11.     The [Property] is not responsible for personal belongings lost or stolen in the facility.
12.     Please report any equipment problems to the Property Manager immediately.
13.     Profanity, abuse of equipment, unsportsmanlike conduct or failure to comply with the rules and regulations of the Fitness Center will result in expulsion from the facility.
14.     Tenant(s) agree(s) to read all exercise equipment safety and operating instructions before use and to contact the manufacturer of such equipment if instructions are not understood.
15.     Smoking is not permitted in the Fitness Center, common areas or the building.
16.     Guests are only permitted when accompanied by a Tenant (one guest per Tenant).
17.     Excessive clothing and gym bags are not to be stored in the Fitness Center. Any personal property not removed after use of the Fitness Center will be disposed of by Management.
18.     Personal radios are permitted, but no external speaker radios are permitted inside or outside the facility.
19.     Any person with heart disease, abnormal blood pressure or other chronic diseases should consult a physician before using the facility.
20.     Tenants and their guests must accept full responsibility for themselves while using the Fitness Center facilities; Management is not responsible for any injuries, damage, or theft to the Tenant or guest's personal property.
21.     Management reserves the right to enforce rules posted or modify rules and regulations as needed.
22.     Anyone not conducting himself or herself in an orderly manner may lose their Fitness Center privileges.

I/ We, agree to NOT hold the apartment community, its residents, Pennrose Management Company, Pennrose Properties, Inc., its employees, investors, contractors, partners, constituents and/or successors liable for any damages, injuries, or grievances to myself or my personal property. I/ We agree to hold the aforementioned parties harmless.

Esther MEUGANG
RESIDENT (please print)                                    Date: 12/26/2018

_____
RESIDENT (please print)                                    Date:_____

_____
GUEST (please print)                                        Date:_____

_____
AUTHORIZED AGENT FOR LANDLORD              Date: 12/26/18

2 of 2

material event take place Property Managers are to take immediate action seeking eviction.

**Guidance and Policy Continued...**

4. We have the right to seek immediate eviction in cases of domestic violence, child abuse, the presence of registered / non-registered sex offenders and those residents whose personal conduct involves bullying or threats to others, or actions creates and sustains a hostile environment.

5. Further, PMC will seek eviction if the resident's utility service is terminated and not reinstated within 10 days of disconnection.

6. House Rules and Leases will be amended to include this very specific language but should you have any question about this policy and its use do not hesitate to contact your Regional Vice President or the Vice President of Operations for immediate guidance.

When Tenant's tenancy is terminated for other good cause, the notice of termination must also state that the termination is effective at the end of the current lease term, but in no case earlier than thirty (30) days after receipt by Tenant of the notice. Where Tenant's tenancy is terminated for material noncompliance with the Lease or material failure to carry out obligations under <u>District of Columbia.</u>
Landlord-Tenant laws, the notice of termination must be in accordance with <u>District of Columbia</u> law.

THIS LIHTC/TEB LEASE ADDENDUM is effective immediately.


ESTHER   MEUGANG                          Date: 12/26/2018
Tenant

_____          Date: _____
Tenant

_____          Date: 12/24/18
Owner Representative/Manager

VIOLENCE, DATING VIOLENCE
OR STALKING

U.S. Department of Housing
and Urban Development
Office of Housing

OMB Approval No. 2502-0204
Exp. 6/30/2017

## LEASE ADDENDUM

### VIOLENCE AGAINST WOMEN AND JUSTICE DEPARTMENT REAUTHORIZATION ACT OF 2005

| TENANT | LANDLORD | UNIT NO. & ADDRESS |
|---|---|---|
| Ester Meugang | Res at Hayes | 1825/5201 Hayes |

This lease addendum adds the following paragraphs to the Lease between the above referenced
Tenant and Landlord.

## Purpose of the Addendum

The lease for the above referenced unit is being amended to include the provisions of the
Violence Against Women and Justice Department Reauthorization Act of 2005 (VAWA).

## Conflicts with Other Provisions of the Lease

In case of any conflict between the provisions of this Addendum and other sections of the Lease,
the provisions of this Addendum shall prevail.

## Term of the Lease Addendum

The effective date of this Lease Addendum is _____. This Lease Addendum shall
continue to be in effect until the Lease is terminated.

## VAWA Protections

1. The Landlord may not consider incidents of domestic violence, dating violence or stalking as
   serious or repeated violations of the lease or other "good cause" for termination of assistance,
   tenancy or occupancy rights of the victim of abuse.
2. The Landlord may not consider criminal activity directly relating to abuse, engaged in by a
   member of a tenant's household or any guest or other person under the tenant's control, cause
   for termination of assistance, tenancy, or occupancy rights if the tenant or an immediate
   member of the tenant's family is the victim or threatened victim of that abuse.
3. The Landlord may request in writing that the victim, or a family member on the victim's
   behalf, certify that the individual is a victim of abuse and that the Certification of Domestic
   Violence, Dating Violence or Stalking, Form HUD-91066, or other documentation as noted
   on the certification form, be completed and submitted within 14 business days, or an agreed
   upon extension date, to receive protection under the VAWA. Failure to provide the
   certification or other supporting documentation within the specified timeframe may result in
   eviction.

_____
Tenant

12/26/2018
Date

_____
Landlord

12/26/18
Date

Form HUD-91067

## LEASE ADDENDUM

Rent increases for units in the project are not regulated under Chapter 27 of
Title 42 of the DC Code and the tenant may contact the Issuer at the below
listed address regarding any complaints:

District of Columbia Housing Finance Agency
815 Florida Avenue, NW
Washington, DC 20001
Attention: Director of Compliance and Asset Management
Phone:  (202) 777-1600

_____
Signature

ESTHER   MEUGANG
Print Name

12 /26/ 2018
Date

_____
Signature

_____
Print Name

_____
Date





## Mold Addendum

Molds are microscopic organisms found naturally in our environment which reproduce by spores and have existed from virtually the beginning of time and may cause property damage and health problems under certain circumstances. Mold is found virtually everywhere, both indoors and outdoors and in both new and old structures. Mold breaks down organic matter in the environment and uses the end product for its food. Mold spores (like plant pollen) spread through the air and are commonly transported by shoes, clothing and other materials. When excess moisture is inside the apartment, mold can grow. There is conflicting scientific evidence as to what constitutes a sufficient accumulation of mold which could lead to adverse health affects. Children, people with weakened immune systems, asthmatics, allergy sufferers, smokers and other are subject to health problems due to mold exposure.

Mold (mildew) may be visible or invisible depending on its location. Most visible molds are usually found around bathroom tubs and other fixtures. Mold inside walls and under carpeting or floors may not be visible. Visible mold must be cleaned with a biocide or bleach solution, and then dried thoroughly as described below. All spills and pet accidents must be cleaned and dried immediately from carpets and other areas since moisture inside and under carpets encourages mold growth. Instructions for removing mold from most household surfaces may be obtained from building management. Your cooperation will help us provide a safe and sanitary indoor environment as well as prevent damage claims on your security deposit.

In order to avoid mold growth, it is important to prevent an excessive moisture buildup in your apartment. Failure to promptly pay attention to leaks and moisture that might accumulate in your apartment can encourage mold growth. Prolonged moisture can result from a wide variety of sources, such as

- Rainwater leaking from roofs, windows, doors and outside walls, as well as flood waters, rising above floor level;
- Overflows from showers, bathtubs, toilets, lavatories, sinks, washing machines, dehumidifiers, refrigerators or air conditioning drip pans or clogged up air-conditioning condensation lines;
- Leaks form plumbing lines or fixtures, and leaks into walls from bad or missing grout/caulking around showers, tubs or sinks;
- Washing machine hose leaks, plant watering overflows, pet urine, cooking spills, beverage spills and steam for open pot cooking;/
- Leaks from clothes dryer discharge vents (which can put a lot of moisture in the air); and
- Insufficient drying of carpets, carpet pads, shower walls and bathroom floors.

If small areas of mold occur on non-porous surfaces (such as ceramic tiles, Formica, vinyl flooring, metal or plastic), the federal Environmental Protection Agency (EPA)

recommends that you clean the areas with soap (or detergent) and water, let dry and then within 24 hours apply a premixed spray-on-type household biocide such as Lysol Disinfectant®, Pine-Sol Disinfectant®, Tilex Mildew Remover®, or Clorox Cleanup®.

Note that only certain common household cleaners will actually kill mold. Tilex® and Clorox contain bleach which can discolor or stain. Be sure to follow the instructions on the container. Applying biocides without first cleaning away the dirt and oils from the surface is like painting over old paint without first cleaning and preparing the surface.

Always clean and apply a biocide to an area 5 or 6 times larger than any visible mold because mold my be nearby in qualities not yet visible to the naked eye. A vacuum cleaner with a high efficiency particle air (HEPA) filter can be used to help remove non-visible mold from items with porous surfaces, such as sofas, chairs, curtains and carpets-provided that the areas is completely dry. Machine washing or dry-cleaning will remove mold from clothes.

Use this table as a guide to determine if conditions in your apartment may be promoting mold growth:

| PROBLEM | SOURCES |
| --- | --- |
| WATER LEAK | Sink, faucet or toilet leaks; window unit air-conditioner |
| HIGH HUMIDITY | Poor ventilation in bathroom or kitchen; moisture in air unit from windows left open in humid weather, cooking; use of humidifiers |
| DAMP FLOOR OR WALLS | Household spills; pet accidents; hidden pipe leaks; flooding. |
| MUSTY SMELL | Mold growth inside drywall, framing, insulation or other materials, refrigerator drip pans or heating and cooling vents. |

Preventing mold growth begins with you. If you fail to comply with this Addendum, you can be held responsible for property damage to the apartment and any health problems that may result. In order to minimize the potential for mold growth in your apartment you agree to;

- Clean your apartment regularly; especially the kitchen, bathroom, carpets and floors Regular vacuuming, mopping and using a household cleaner to clean hard surfaces. It is important to remove the household dirt and debris that harbor mold or food for mold. Immediately throw away moldy food.
- Promote air circulation in your apartment. Do not block air vents with furniture. It is recommended that you open windows on non-humid or dry days (that is,

when the humidity is below 50 percent) for air circulation and to help humid areas of your apartment to dry out.

- Avoid creating excess moisture in your apartment. Remove visible moisture accumulation on windows, walls, ceilings, floors, and other surfaces as soon as possible. Look for leaks in washing machine hoses and discharge lines-especially if the leak is large enough to infiltrate nearby walls or floors. Turn on any exhaust fans in the bathroom and kitchen before you start showering or cooking with open pots. When showering be sure to keep the shower curtain inside the tub or fully close the shower doors. Also, the experts recommend that after taking a shower or bath, you: (1) wipe moisture off of shower walls, shower doors, the bathtub and the bathroom floor; (2) leave the bathroom door open until all moisture on the mirrors and bathroom walls has dissipated; and (3) hang up your towels and bath mats so they will completely dry out.

- Clean mold immediately when it appears.

- Immediately notify the Landlord/management company in writing if you see mold growth, water leaks or water infiltration in the apartment. We want to respect your privacy but cannot act to correct a problem in your apartment unless you tell us that it exists. Additionally, promptly notify the Landlord/management company in writing about any air conditioning or heating system problems you discover. Follow our rules, if any, regarding replacement of air filters.

I have read, understood, had the opportunity to ask questions, and signed this Mold Addendum and agree to immediately notify the Landlord or property manager, in writing, if any condition which could cause mold growth are present in the apartment.

_ESTHER MEUBANG_   _12/26/2018_
Resident's Signature      Date


_____   _____
Resident's Signature      Date

_Maïfa Gladdh_   _12/26/18_
Landlord/Landlord's agent signature   Date

Mold Addendum – Page 3

# HOUSEKEEPING STANDARDS AND INSPECTIONS

## RESIDENT OBLIGATIONS

Residents are obligated to keep their dwelling unit and other such areas as may be assigned to them for their exclusive use in a clean and safe condition. This includes keeping their front and rear entrances and walkways free from hazards and trash and keeping the yard free of debris and litter.

Pennrose Management Company inspects each unit regularly, to determine compliance with these standards. Upon completion of the inspection the management will post a letter to inform the resident of any fail items and the date that the dwelling will be re-inspected for corrections.

## HOUSEKEEPING ADDENDUM

HOUSEKEEPING STANDARDS INSIDE THE DWELLING

General --
(1) Walls: should be clean, free of dirt, grease, holes, cobwebs, and fingerprints.
(2) Floors: should be clean, clear, dry and free of hazards.
(3) Ceilings: should be clean and free of cobwebs.
(4) Windows: should be clean and not nailed shut. Shades or blinds should be intact.
(5) Woodwork: should be clean, free of dust, gouges, or scratches.
(6) Doors: should be clean, free of grease and fingerprints. Doorstops should be present. Locks should work.
(7) Heating units: should be dusted and access uncluttered.
(8) Trash: shall be disposed of properly and not left in the unit.
(9) Entire unit should be free of rodent or insect infestation.

Kitchen --
(1) Stove: should be clean and free of food and grease.
(2) Refrigerator: should be clean. Freezer door should close properly and freezer have nor more than one inch of ice.
(3) Cabinets: should be clean and neat. Cabinet surfaces and countertop should be free of grease and spilled food. Cabinets should not be overloaded. Storage under the sink should be limited to small or lightweight items to permit access for repairs. Heavy pots and pans should not be stored under the sink.
(4) Exhaust Fan: should be free of grease and dust.
(5) Sink: should be clean, free of grease and garbage. Dirty dishes should be washed and put away in a timely manner.
(6) Food storage areas: should be neat and clean without spilled food.
(7) Trash/garbage: should be stored in a covered container until removed to the disposal area.

Bathroom --
(1) Toilet and tank: should be clean and odor free.
(2) Tub and shower: should be clean and free of excessive mildew and mold. Where applicable, shower curtains should be in place, and of adequate length.
(3) Lavatory: should be clean
(4) Exhaust fans: should be free of dust.
(5) Floor should be clean and dry.

Storage Areas --
(1) Linen closet: should be neat and clean.
(2) Other closets: should be neat and clean. No highly volatile or flammable materials should be stored in

the unit.
(3) Other storage areas: should be clean, neat and free of hazards.

HOUSEKEEPING STANDARDS OUTSIDE THE DWELLING

The following standards apply to family and scattered site development only; some standards apply only when the areas noted is for the exclusive use of Tenant:
(1) Yards: should be free of debris, trash, and abandoned cars. Exterior walls should be free of graffiti.
(2) Porches (front and rear): should be clean and free of hazards. Any items on the porch shall not impede access to the unit.
(3) Steps (front and rear): should be clean, and free of hazards.
(4) Sidewalks: should be clean and free of hazards.
(5) Parking lot: should be free of abandoned cars. There should be no car repairs in the lots.
(6) Hallways: should be clean and free of hazards.
(7) Stairwells: should be clean and uncluttered.
(8) Laundry areas: should be clean and neat. Remove lint from dryers after each use.
(9) Utility room: should be free of debris, motor vehicle parts, and flammable materials.


| | | |
|---|---|---|
| Tenant Signature | ESTHER MBUGANG  Tenant Name Printed | 12/26/2018  Date |
| | | |
| Tenant Signature | Tenant Name Printed | Date |
| | | |
| Tenant Signature | Tenant Name Printed | Date |
| Landlord Signature | Maxine Glatter  Landlord Name Printed | 12/26/18  Date |

## Notice to Relatives, Next of Kin or Personal Representatives of Tenant

(To be used only when a resident is a single occupant of the unit.)

In the event of my passing during my tenancy, it shall be necessary and proper for my relatives, next of kin or my personal representative to obtain the appropriate forms from the Register of Wills or Orphans Court or Court of Common Pleas of this County, before anyone can enter my apartment. The Landlord and its representatives are NOT authorized to allow anyone access to the apartment and my personal belongings without property permission from a duly recognized agent from my Estate.

Once proper permission in the form of either Letters Testamentary or Letters of Administration have been received by the Landlord, my personal representative may enter my apartment and carry out his or her duties.


Esther  MEUGANG _____          12/26/2018
Tenant                                                                       Date


_____                                              12/26/18
Witnessing Manager                                           Date


Rev. 12/2016

## Rent Collection Guidelines Addendum
## Pennrose Management Company

As per your Lease, your rent is due promptly on the first day of each month. Rent is considered late as of the second day of each month.

To accommodate today's active lifestyles, the current grace period prior to incurring late fees and penalties is through 5:00 PM on the fifth day of the month.

Late fees will be 5% per month and will apply to any balance due after the fifth day of the month.

Any item that is returned from the bank for any reason will be assessed a fee of $35 in addition to the late fee. Only certified funds, a cashier's check or money order, can be used to clear an outstanding balance for a returned item. More than two returned items within one lease term will require payment of all sums to be in certified funds.

All payments will be applied first to outstanding fees or charges, *including utilities*, prior to applying towards rent. As a result, any outstanding balance due will be for rent.

No partial payments will be accepted after the fifth day of the month or on any account with a balance that is carrying over from a previous month. Only certified funds, a cashier's check or money order, can be used to clear a late balance. All partial payments will be returned to the resident at sole discretion of the Landlord. Late and court fees could be incurred as a result of delay of receipt of payment.

The legal proceedings for eviction can and will begin promptly after the rental grace period. All accounts that are turned over to our attorney for eviction will incur an immediate charge of $_____ for court fees. Additional fees may be assessed to your account as they are incurred by us during the eviction procedures. *The entire balance due, including rent, late fees, and any other fees and charges, must be paid in full in certified funds prior to us dismissing any legal proceedings.*

More than 2 late payments in any 12-Month period will put your rental account in jeopardy of non-renewal upon expiration. If slow payment becomes regular, your residency may be terminated immediately. Please note, we reserve the right to non-renew any lease for any reason.

Collection guidelines may change from time to time. Pennrose Management Company reserves the right to change these guidelines but will provide you notice of any such changes in writing at least 30-days prior to them becoming effective. *If the maximum allowable amounts for late, legal, or court fees are increased by city ordinance or law, the new maximum allowable fees will replace any and all above mentioned fees immediately without notice.*

Resident Signatures and Date

_____ 12 / 26 / 2018 _____

# Amendment to Residential Lease Agreement –
## District of Columbia Megan's Law Statement

Under District of Columbia law, the District of Columbia prosecutor determines whether and how to provide notice of the presence of convicted sex offenders in the area.

In their professional capacity, real estate licenses are not entitled to notification by the District of Columbia prosecutor under Megan's Law and are unable to obtain such information for you. Upon closing of the lease agreement, the county prosecutor may be contact for such further information that may be disclosed to you.

Resident: Esther MEUGANG  Date: 12/26/2018

Resident: _____ Date: _____

Resident: _____ Date: _____

# DISCLAIMER OF PERSONAL PROPERTY LIABILITY

The management and owners of this apartment complex hereby notify all residents that we are <u>NOT</u> responsible for the loss of or damage to any personal possessions and property.  Such items are <u>NOT</u> covered by the apartment community's insurance.  Insurance of your personal property is solely your responsibility:

The following are examples of incidents for which the management and owners share <u>NO</u> responsibility:

> <u>BURGLARY</u> -- Should your apartment be burglarized and any or all of your possessions stolen, management has no liability.

> <u>WATER DAMAGE</u> -- If a leak occurred in your building, ruining your apartment and your possessions, management's insurance would cover damages to the building, but <u>not to your personal property.</u>

> <u>FIRE</u> -- In the instance of a fire, again management maintains insurance coverage for the building, but <u>NOT</u> for your personal property.

With this information in mind, management <u>**STRONGLY**</u> recommends that residents

purchase a Renters' Insurance policy to provide coverage for their personal property.  If you are unable to obtain Renters' Insurance through an insurance agent, you may be able to obtain crime insurance through the Federal Emergency Management Agency by writing and asking for an application and information concerning the Federal Crime Insurance Program.  The address is

Federal Emergency Management Agency
Federal Insurance Administration
Federal Crime Insurance Program
451 Hungerford Drive
P.O. Box 6301
Rockville, MD  20850

*I have read the above and understand that the management and owners of the apartment complex are not responsible for loss or damage of personal possessions or property.*

SIGNED BY: <u>ESTHER MEUGANG</u>
Name

<u>5201 Hayes St #225</u>
Address

<u>12 26 2018</u>
Date

Rev 12/2016

## LIHTC/TEB LEASE ADDENDUM

The building in which Tenant resides receives benefits relating to the Low Income Housing Tax Credit Program and Tax Exempt Bond Program. The Unit is designated as a "tax credit" apartment. As the occupant of a **tax credit/tax exempt bond** apartment, Federal law does not permit your Landlord to evict you or fail to renew your lease unless the Landlord has a good reason, also known under the law as "good cause." Federal law also prohibits your Landlord from increasing your rent except as permitted by the Low Income Housing Tax Credit/Tax Exempt Bond sections of the Internal Revenue Code.

1. The Resident must live in the Premises and the Premises must be the Resident's only place of residence. The Resident shall use the Premises only as a private dwelling for himself / herself and the individuals listed on the Lease.

   The Resident agrees to permit other individuals to reside in the unit only after obtaining the prior written approval of the Landlord. The Resident agrees not to sublet or assign the Premises, or any part of the Premises. Resident shall not permit any roomer or boarder occupancy of any portion of the Premises. Any failure by Resident to comply with the obligations in this paragraph is a material breach of this Agreement.

2. A household is ineligible to participate in the LIHTC/TEB Programs if all members of the household are full-time students, unless: (i) Receiving assistance under Title IV of the Social Security Act – (e.g. TANF); (ii) Previously under the care and placement responsibility of the local county children services agency (i.e. foster care) (iii) Enrolled in a government-sponsored job training program; (iv) Married and eligible to file a joint income tax return; or (v) A single parent household with at least one dependent child. The parent is not the dependent of another individual and the child is only a dependent of the resident or the other, non-resident parent. If at any time Resident's household is ineligible to participate in the LIHTC/TEB Programs by virtue of this prohibition on full-time students, it will constitute good cause to terminate this Agreement. Resident shall notify Landlord immediately of any change in student status of any member of Resident's household.

3. The Resident understands that the monthly rent is less than likely to be found in open market place. This lower rent is available because the Premises were constructed pursuant to Section 42 of the Internal Revenue Code of 1986 as amended. Every year, approximately 120 days before the anniversary date of Resident move-in, the Landlord may request the Resident to report the income (including a copy of the most recently filed federal income tax return) and composition of the Resident's household and to supply any other information required or requested by the Landlord. If the Resident does not submit the required information by the date specified in the Landlord's request, the Landlord may terminate this agreement and the Resident must vacate the Premises. Any failure by Resident to comply with the obligations in this paragraph is a material breach of this Agreement.

4. Resident hereby agrees and acknowledges that the total rent established for the unit is predicated on the current median income adjusted for family size as established by the U.S. Department of Housing and Urban Development and utility allowance established by the local housing authority or provider of utilities. Accordingly, when and if this median income is adjusted by the U.S. Department of Housing and Urban Development or the utility allowances are adjusted by the local housing authority or provider of utilities; the total rent for the Premises may be adjusted regardless of the lease termination date and in accordance with local law.

A. Landlord may terminate this Lease for but not limited to:

   (1) Tenant's material noncompliance with the terms of this Lease;

(2)     Tenant's material failure to carry out obligations under <u>District of Columbia</u> Landlord-Tenant laws;

(3)     **drug-related criminal activity** (as defined below) engaged in on or near the Development property (or any of its dwelling units) by Tenant, any member of Tenant's household or a guest, or any drug-related criminal activity engaged in on the Development property (or its dwelling units) by any other person under Tenant's control;

(4)     a determination by Landlord that Tenant or a member of Tenant's household is illegally using a controlled substance (as defined in Section 102 of the Controlled Substances Act, 21 USC 802);

(5)     a determination by Landlord that a pattern of illegal use of a controlled substance by Tenant or a member of Tenant's household interferes with the health, safety or right to peaceful enjoyment of the Development property (or any of its dwelling units) by other residents;

(6)     a determination by Landlord that the abuse or pattern of abuse of alcohol by Tenant or member of Tenants household threatens the health, safety or right to peaceful enjoyment of the Development property (or any of its dwelling units) by other residents;

(7)     **criminal activity** by Tenant, any member of Tenant's household, a guest or another person under Tenant's control that threatens the health, safety, or right to peaceful enjoyment of the Development property (or any of its dwelling units) by other residents (including property management staff residing at the Development);

(8)     **criminal activity** by Tenant, any member of Tenant's household, a guest or another person under Tenant's control that threatens the health, safety, or right to peaceful enjoyment of their residences by persons residing in the immediate vicinity of the Development;

(9)     Tenant's flight to avoid prosecution, or custody or confinement after conviction, for a crime, or attempt to commit a crime, that is a felony under the laws of the place from which Tenant is fleeing;

(10)    Tenant's violation of a condition of probation or parole imposed under federal or state law; or

(11)    other good cause.  Terminations for "other good cause" may only be effective as of the end of any initial or successive term.

A termination of tenancy for any **criminal activity** by TENANT, a member of TENANT's household, a guest or another person under TENANT's control, may be based solely on a

determination by LANDLORD that the person has engaged in the criminal activity, regardless of whether the person has been arrested or convicted for such activity and without satisfying a criminal conviction standard of proof of the activity.

The term **drug-related criminal activity** is defined at 24 CFR 5.100 as "the illegal manufacture, sale, distribution, or use of a drug, or the possession of a drug with intent to manufacture, sell, distribute or use the drug;"

B.    **Material Noncompliance** shall include but is not limited to:

    (1)    the nonpayment of rent or other amounts owed by Tenant to Landlord beyond any grace period available under <u>District of Columbia</u>

    (2)    one or more substantial violations of the Lease;

    (3)    repeated minor violations of the Lease that:

        (a)    disrupt the livability of the Development,

        (b)    adversely affect the health or safety of any person or the right of Tenant or related Development facilities,

        (c)    interfere with the management of the Development, or

        (d)    have an adverse financial effect on the Development.

If Tenant pays rent or any other amounts owed under the Lease after the due date but within the grace period permitted under <u>District of Columbia</u> law, this late payment constitutes a minor violation;

    (4)    failure of Tenant or any member of Tenant's household to supply in a timely fashion all required information on the income, composition or eligibility factors of Tenant's household (including, but not limited to, failure to meet the disclosure and verification requirements for Social Security Numbers, or failure to sign and submit consent forms for the obtaining of wage Tenant's household knowingly providing incomplete or inaccurate information;

    (5)    permitting persons other than those listed in on the lease, including spouses or children who are not legal dependents of Tenant, to live in the dwelling unit, or allowing other family members or visitors to stay in the dwelling unit for more than _____ days/weeks in any calendar year without the written consent of Landlord;

    (6)    use of the unit for any purpose other than a private dwelling;

(7)    serious or repeated damage to the dwelling unit or common areas of the Development;

(8)    the creation of hazardous conditions;

(9)    serious or repeated interference with the rights and quiet enjoyment of other tenants.

C.    **Termination Procedures.**  In order to terminate this Lease, Landlord must deliver a termination notice to Tenant that contains the following:

(1)    a specific date for the termination of this Lease;

(2)    the grounds for the termination stated with enough detail for Tenant to prepare a defense;

(3)    a statement advising Tenant that he/she shall have ten (10) days in which, if he/she so desires, to discuss the proposed termination of this Lease with Landlord in advance of the date set for the termination of this Lease.  If Tenant requests a meeting in order to discuss the proposed termination, Landlord agrees to meet with Tenant for that purpose; and

(4)    a statement advising Tenant that he/she has the right to present a defense in court against Landlord's action to terminate this Lease.  In the event that Landlord ultimately pursues a legal action to terminate the Lease, Landlord agrees to rely only on those grounds listed in the notice of termination sent to Tenant.

**Guidance and Policy**

1.    When a resident, guest / visitor causes a fire – regardless of circumstances our policy is to immediately give notice and file for eviction.  We cannot allow a high-risk resident or their guests / children / dependents to be a safety threat to others.  Accordingly, we will move for eviction without exception.  This applies to all housing we manage.

2.    Similarly, we will move for immediate eviction when any household member / guest cause damage to an apartment unit in excess of $1,000.  Examples of this include: causing damage to a sprinkler that leads to water damage; allowing a faucet or toilet to leak causing damage to a unit; smoking material left by a tenant / guest that starts a fire; and other willful damage or damage by neglect that equals or exceeds $1,000 or more to repair.  Normal wear and tear from resident use will of course not be the basis for eviction, but we seek to minimize incidents which lead to safety concerns and un-warranted damage to our properties.

3.    We have created non-smoking policies and rules at our properties and here again those residents and / or their guests who use smoking material of any type will be put on notice that their conduct will be the basis for eviction.  Should there be a second smoking

**RESIDENT UTILITY INFORMATION AUTHORIZATION RELEASE FORM**

I/We, _____
hereby grant permission to Public Service Electric & Gas Co. (Electric Utility Company) to release
information          pertaining          to          my          utility          account          to
_____. My/Our account numbers are:

Electric Acct. No.: _____

The records released should indicate monthly consumption, billed amounts and rate class during the two-
year period from _____ to _____.

The property owners and managers are requesting this information in order to perform energy consumption
analysis as part of an energy audit of this property being performed _____,
A BPI-certified Multi-Family Building Analyst. I understand that my personal information will not be
shared or distributed.

ESTHER _____    Esther NEUGANG    12|26|2018
(TENANT SIGNATURE)          (TENANT NAME, PRINTED)    DATE

_____    _____    _____
(TENANT SIGNATURE)          (TENANT NAME, PRINTED)    DATE

_____                             _____
(LANDLORD'S REPRESENTATIVE)                          DATE
Address: _____
City, State, ZIP: _____

I/We acknowledge that we have been provided with the VAWA forms listed below:

- **HUD 5380 NOTICE OF OCCUPANCY RIGHTS**
- **HUD 5382 CERTIFICATION OF DOMESTIC VIOLENCE, DATING VIOLENCE, SEXUAL ASSAULT, OR STALKING, AND ALTERNATE DOCUMENTATION**
- **HUD 5380 ATTACHMENT – DOMESTIC VIOLENCE RESOURCES**

*ESTHER   MEUGANG*         *12/26/2018*
_____      _____
Resident                                              Date

_____      _____
Resident                                              Date

_____      _____
Resident                                              Date

_____      _____
Resident                                              Date

## Community Policy Updates and Reminders
## Pennrose Management Company

All of Pennrose Management Company's communities are Smoke Free. No smoking is allowed indoors, including but not limited to your apartment home, common areas, stairwells, etc. Smoking is limited outdoors to designate smoking areas only.

Pennrose Management Company strives to provide safe communities for all residents to enjoy. Any resident engaged in criminal activity at or near the community shall be considered a material and irreparable violation of the lease agreement and cause for immediate termination of tenancy.

It is important for Pennrose Management Company to stay in compliance with all Federal, State, and Local laws and ordnances that relate to its communities specifically and to rental communities in general. Any resident who does not comply timely with the necessary steps for Pennrose Management Company to stay in compliance with all applicable laws and ordnances is subject to immediate termination of tenancy. This includes, but is not limited to, physical inspections, annual income and asset certifications, requirements from the local public housing authority, and resident needs assessments.

You and your occupants or guest may not engage in the following activities: behaving in a loud or obnoxious manner; disturbing or threatening the rights comfort, health, safety, or convenience of others (including our agents and employees) in or near the apartment community; disrupt our business operations; manufacturing, delivering, possessing with intent to deliver, or otherwise possessing a controlled substance or drug paraphernalia; engaging in or threatening violence; possessing a weapon prohibited by state law; discharging a firearm in the apartment community; displaying or possessing a gun, knife, or other weapon in the common area in a way that may alarm others; storing anything in closets having gas appliances including any type of barbeque grill (charcoal or propane); tampering with utilities or telecommunications; bringing hazardous materials in the apartment community; or injuring our reputation by making bad faith allegations against us to others.

Pennrose Management Company communities are Pet Free. Pet's may not live or visit the community. Any and all service animals must be documented with management via a request for reasonable accommodation.

Pennrose Management Company completes thorough and frequent inspections of all apartment homes. Under normal circumstances, 48-hours notice prior to an inspection will be delivered in writing to your apartment. In special circumstances, inspections might be conducted without notice. In either instance, a written notice of entry will be left in a conspicuous place within your apartment home.

No minors shall be permitted to be in the common areas or the grounds of the community without parent or guardian supervision. Unsupervised minors be reported to Child Protective Services and a Lease Violation will be issued.

We do not maintain insurance to cover your personal property or personal injury. We are not responsible to any resident, guest, or occupant for damage or loss of personal property or personal injury from (including but not limited to) fire, smoke, rain, flood, earthquake, interruption of utilities, theft, hurricane, negligence of other residents, occupants, or invited/uninvited guests or vandalism. We urge you to get your own insurance for losses to your personal property or injuries due to theft, fire, water damage, pipe leaks and the like. We further urge you to purchase personal liability insurance.

Resident Signatures and Date

ESTHER MEUGANG _(signature)_            12/26/2018

THE RESIDENCES AT HAYES PARKING POLICY

The following is the Parking Policy for all The Residences at Hayes residents which must be signed and agreed to in accompaniment with the resident's lease agreement.

## 1. ONE VEHICLE PER UNIT

Each household is allowed one vehicle per unit.  A second vehicle permit may be conditionally granted if there are sufficient spaces available to accommodate all single vehicle households.

In the event there are not enough spaces to allow parking for all single vehicle households; households with a second vehicle household will be required to surrender the additional parking permit.  A lottery will be held each month (or as necessary) to obtain a temporary permit for the available spaces.

## 2. DESIGNATED PARKING

All vehicles must be parked in designated parking areas only. All tenants shall park vehicles within the marked lines of the space. In the absence of marked lines (in a temporary lot), residents will park in an organized fashion in order to make as much parking available as possible.  All vehicles parked on The Residences at Hayes property (or adjacent lot being used temporarily during construction) must have a current registration, valid parking sticker and be on file with the Management.

**All parking spaces are available on a first-come, first-served basis and at no time should any parking spaces be reserved for an individual by using a cone or other marker to suggest that a parking spot is reserved.**

• No extended parking is allowed in front of the building entrance. This area can be utilized as a pick-up/drop-off zone; the vehicle must always be attended and a vehicle's duration in the loading zone must not exceed fifteen (15) minutes.  No parking outside of authorized parking spaces.

• No parking on sidewalks.

• No parking in Fire Lanes.

• No parking on any grass area, walkway, or path or common area.

• No unregistered or uninsured vehicles are allowed on The Residences at Hayes property or the adjacent lot being used as a temporary lot during construction.

• No vehicle, which is determined by the Management to be inoperable, having flat tires or leaking oil/fluid or posing a threat to the safety of the tenants of The Residences at Hayes, shall be parked in the parking areas designated for The Residences at Hayes property.

• No boats, trailers, campers, recreational vehicles or vehicles larger than vans/pickups are permitted to park on the property.

•• The Residences at Hayes is under the local police jurisdiction of enforcing all applicable parking and motor vehicle laws, regulations and ordinances.

• Blocking spaces with cones or other objects is not allowed.

1

3. VEHICLE REGISTRATION

• All vehicles must be registered at the Residences at Hayes Management office.

• Vehicle registration must be updated annually (at a minimum) by tenants.

• A change of vehicle must be registered with the Management within seven days of the date of the change of vehicle parking parked on the property.

• All vehicles must display current state registration tags and have proper insurance.

4. HANDICAP PARKING

Tenants with a valid state-issued handicap placard, and a valid resident parking sticker, are authorized to park in any of the designated handicap parking spaces.

Parking spaces are available on a first-come, first-serve basis. If the tenant's vehicle is parked in a handicap space and the tenant should become ill, or can no longer drive, then that vehicle must be moved to a general parking space so that the handicap space can be available to another tenant.

Registered vehicles can only be parked in a single space, without being driven, for no more than

14 days unless given written approval by the Management. **If a vehicle should remain in a handicap space, un-driven, for longer than 14 days then it will be towed away at the owner's expense.**

5. VISITOR PARKING

Visitors shall park in any available visitor space. Visitor handicapped parking spaces may only be used by vehicles with a valid DMV-issued handicapped license plate or placard.

Any extended (more than one day/night) overnight visitor parking on The Residences at Hayes property must register his/her automobile with the Management on the next regular business day following the second night/day of the stay.

6. MECHNICAL WORK

At no time should a vehicle be extensively repaired while in the Parking Lot.

Minor repairs may be conducted with prior written approval from the Management.

7. PARKING STICKERS

The Residences at Hayes Parking Permits and must be displayed hanging on the rearview mirror. There is no charge for the initial The Residences at Hayes Parking Permit. Lost or stolen permits can be replaced upon payment of $50.00. Damaged permits will be replaced at no charge upon return of the entire damaged permit to the Management Office.

The Residences at Hayes Parking Permits are the sole property of The Residences at Hayes Management and may be used only by the registered permit holder and may not be sold or transferred.

2

A parking permit does not guarantee the holder a specific parking space, merely the opportunity to park in an unreserved surface parking space.

ANY VEHICLES WITHOUT A PARKING STICKER WILL BE TOWED AT THE OWNERS EXPENSE.

## 8. TOWING POLICY

Any vehicle found violating any section of this parking policy shall be towed after 48-hour notice at the owner's expense. Except in emergency situations for which no notice will be required.

In addition, the tenant agrees to remove a vehicle that has any of the following characteristics, otherwise the vehicle will be towed away at the owner's expense:

- Non-movable

- Non-drivable

- Disabled

- Non-motorized

- Unregistered

- Not bearing a valid parking sticker

- Un-driven vehicles stationary longer than 14 days after unsuccessful attempts to contact the vehicle's owner and no waiver on file.

The tenant shall pay all the associated charges incurred in the towing, removal, storage or disposal of any vehicle in violation of any authority or property regulations.

## 9. CHANGES AND/OR MODIFICATIONS

This parking policy may be amended or modified by The Residences at Hayes Management at any time. Tenants will be notified of any changes and given thirty days' notice prior to implementation.

This is to certify that I have received a copy of The Residences at Hayes Parking Policy and understand that I must comply with all its provisions during my tenancy at The Residences at Hayes.

Signed: _____   Date: 12/26/2018

Print: ESTHER MEU CANG   Unit: 225

3

# VAWA Model Emergency Transfer Plan for RD Multifamily Housing Projects

On February 10, 2014, the Rural Development Service issued Administrative Notice (AN) No. 4747 (1944-N), titled "Implementation of 42 U.S.C. 14043-e 11 of the Violence Against Women (VAWA) Reauthorization Act in Rural Development's Multi-Family Housing Programs." The AN provides guidance on how RD multi-family programs, including the Section 515 and 538 programs, must comply with VAWA.

A major component of the AN is a recommended Emergency Transfer Plan.

Under VAWA, HUD is required to develop a notice of the rights of individuals under the VAWA including the right to confidentiality and limits thereof. To date, HUD has not issued this guidance. RD indicates that the AN will be amended when HUD issues it's notice.

The AN recommends that owners and managers or RD multi-family housing update Tenant Selection Policy and Occupancy Rules to incorporate the tenant's rights and protections, to ensure uniformity in enforcement of the VAWA requirements and to avoid improper evictions. The AN (Attachment B) provides a Model Emergency Transfer Plan, as follows:

Rural Development Model Emergency Transfer Plan

Tenants who are actual or imminent victims of domestic violence shall be permitted by the owner or manager to transfer to another available and safe dwelling unit assisted under the MFH program covered by this AN when a transfer is requested by a tenant, and (1) the tenant reasonably believes that he or she is threatened with imminent harm from further violence if he or she remains within the same dwelling; and (2) in the case of a tenant who is a victim of sexual assault, the sexual assault occurred on the premises during the 90-day period preceding the request for transfer.

Tenants requesting an emergency transfer under the VAWA Act may receive benefits under 49 U.S.C. part 24, "Uniform Relocation Assistance and Real Property Acquisition Act," by

requesting a Letter of Priority Entitlement from the Agency, as Rural Development considers this to be a situation beyond the tenant's control under 7 CFR 3560.159(c).

7 CFR 3560.159(c) states, "If occupancy is terminated due to conditions which are beyond the control of the tenant, such as a condition related to required repair or rehabilitation of the building, or a natural disaster, the tenants who are affected by such a circumstance are entitled to benefits under the Uniform Relocation Act and may request a Letter of Priority Entitlement (LOPE) from the Agency. If tenants need additional time to secure replacement housing, the Agency may, at the tenant's request, extend the LOPE entitlement period."

Reasonable confidentiality measures must be incorporated by owners and managers so that location of the new dwelling is not disclosed to the person that commits an actual or imminent act of violence.

It is recommended that all owners and managers of Rural Development multi-family housing projects immediately implement an Emergency Transfer Plan for victims of domestic violence. At a minimum, the Plan should incorporate the elements noted in the RD Model shown above.

While the Section 42 Low-Income Housing Tax Credit Program (LIHTC) is also a covered program under VAWA, the IRS has not yet issued any guidance relative to the emergency transfer of domestic violence victims. Such guidance is especially important due to the fact that transfers between buildings in a LIHTC project may require tenant requalification.

# SMOKE-FREE APARTMENT RULE

## PENNSBURG COMMON

# YOU ARE RENTING AN APARTMENT WHERE SMOKING IS NOT ALLOWED

You are renting an apartment where you and your guests will not be allowed to smoke. Tobacco smoke is prohibited in your apartment as well as in the common areas of your building. This restriction is limited to tobacco smoke. You can expect other types of smoke, odors, particulates, fumes, and gasses in your apartment and building including but not limited to: smoke, odors, particulates, gasses, and fumes from cooking, operation of appliances, ambient dust, fixtures, finishes, furnishings, etc.

## YOUR APARTMENT AND BUILDING ARE NOT DESIGNED OR INTENDED FOR INDIVIDUALS WITH ENVIRONMENTAL SENSITIVITIES.

While Pennrose Management Company will make every effort to preserve the prohibition on smoking in your building during the term of this lease we cannot guarantee that your neighbors or their guests will not smoke or that you will not be exposed to tobacco smoke in your apartment or building.

Pennrose Management Company reserves the right to eliminate this restriction and to allow smoking in future leases for your apartment as well as other apartments in your building.

# SMOKE-FREE APARTMENT RULE

## HOUSE RULE

This house rule is entered into this _____ day of _____ by Residences at Hayes and between _____ (HOH)Resident, and Pennrose Management Company Owner, ("House Rule") and supplements the Lease Agreement ("Lease") entered into by the Resident and Owner on the _____ day of _____, 2018 , for   Unit # _____, ("Apartment / Unit") located at Residences at Hayes Apartments ("Premises").

Resident, whether one or more as party to the Lease, hereby agrees that Resident and all household members of Resident shall abide by the following:

A breach of this House Rule shall give each party all the rights contained herein, as well as the rights in the Lease.

1. **Purpose of No-Smoking Policy.** The parties desire to mitigate (i) the increased maintenance, cleaning and redecorating costs from smoking; (ii) the increased risk of fire from smoking; and (iii) the higher costs of fire insurance for a non-smoke-free building.

2. **Definition of Smoking.** The term "smoking" means inhaling, exhaling, breathing, or carrying any lighted cigar, cigarette, or other tobacco product or similar lighted product in any manner or in any form.

3. **Smoke-Free Building.** Resident agrees and acknowledges that the Apartment to be occupied by Resident and members of Resident's household has been designated as a smoke-free living environment. Resident and members of Resident's household shall not smoke anywhere in the Apartment rented by Resident, or anywhere in or on the Premises, nor shall Resident permit any guest or visitor under the control of Resident to do so.

4. **Resident to Promote No-Smoking Policy and to Alert Landlord of Violations.** Resident shall inform Resident's guests and invitees of this no-smoking policy. Further, Resident shall promptly give Owner a written statement of any incident where they have knowledge of the policy being violated.

5. **Owner to Promote No-Smoking Policy.** Owner shall post no-smoking signs at entrances and exits, common areas, hallways, and in conspicuous places "in close proximity to" the smoke-free building.

6. **Owner Not a Guarantor of Smoke-Free Environment.** Resident acknowledges that Owner's adoption of a smoke-free living environment, and the efforts to designate the Premises as smoke-free, do not make the Owner or any of its agents the guarantor of Resident's health or of the smoke-free condition of the Resident's Apartment and Premises. However, Owner shall use commercially reasonable efforts to enforce the smoke-free terms of its leases and to make the Premises smoke-free. Owner is not required to take steps in response to smoking unless Owner has actual knowledge of said smoking or has been given written notice of said smoking.

Pennrose Management Company reserves the right to eliminate this restriction and to allow smoking in future leases for your apartment as well as other apartments in your building.

# SMOKE-FREE APARTMENT RULE

7. **Other Resident's are Third-Party Beneficiaries of Resident's Agreement.** Resident agrees that the other residents of the Premises are third-party beneficiaries of Resident's smoke-free House Rule with Owner. (In layman's terms, this means that resident's commitments in the House Rule are made to the other Residents as well as to Owner). A resident may seek an injunction against another resident to prohibit smoking or for damages, but a resident does not have the right to evict another resident. Any action between residents herein shall not create any presumption that the Owner breached this House Rule.

8. **Material Breach.** A material breach of this House Rule shall be a material breach of the Lease as a House Rule and grounds for immediate termination of the Lease by the Owner. Resident shall be responsible for all damages and costs associated with termination of Lease due to breach of this House Rule.

9. **Disclaimer by Owner.** Resident acknowledges that Owner's adoption of a smoke-free living environment, and the efforts to designate the Premises as smoke-free does not in any way change the standard of care that the Owner or its agent would have to a resident's household to render buildings and premises designated as smoke-free any safer, more habitable, or improved in terms of air quality standards than any other rental premises. Owner specifically disclaims any implied or express warranties that the building, Premises, or Resident's Apartment will have any higher or improved air quality standards than any other rental property. Owner cannot and does not warrant or promise that the Premises or Apartment will be free from secondhand smoke. Resident acknowledges that Owner's ability to police, monitor, or enforce this House Rule is dependent in significant part on voluntary compliance by Resident and Resident's guests. Residents with respiratory ailments, allergies, or any other physical or mental condition relating to smoke are put on notice that Owner does not assume any higher duty of care to enforce this House Rule than any of the other of Owner's obligations under the Lease.

10. **Effect on Current Residents.** Resident acknowledges that current residents residing in the Premises under a prior lease will not be immediately subject to the No-smoking Policy. As current residents move out, or enter into new leases, the smoke-free policy will become effective for their new unit or new lease.

OWNER /AGENT FOR OWNER                          RESIDENT

_____                 _Esther Meuyang____ (HOH)

This notice acknowledges receipt by Resident of this House Rule and Resident hereby agrees to abide by this House Rule. All other Lease conditions, covenants, and regulations shall remain in full force and effect.

Date _12/26/18_                          Resident _|_____

Date _12/26/18_                          Resident _____

Date _____                    Resident _____

Date _____                    Resident _____

Date _____                    Owner _____

Pennrose Management Company reserves the right to eliminate this restriction and to allow smoking in future leases for your apartment as well as other apartments in your building.                                    Page 3

# MOVE-IN ACKNOWLEDGEMENT
## Residences At Hayes

I/We certify that all information that I/We previously provided during my certification interview held on _____ continues to be accurate as of this date.

There have been no changes in any material information used to determine my household's eligibility.

I/We certify that as of this date, all information included on my tenant certification is complete and accurate to the best of my knowledge.

Date 12/26/18

EM _____          _____
Signed   Head of Household      Signed   Spouse/Co-Head

| Item | Move-in Condition | Move-out Condition |
|---|---|---|
| **Bedroom #2** | | |
| Doors and locks | | |
| Floor/Coverings | | |
| Wall/Coverings | | |
| Ceiling | | |
| Windows/Coverings/Screens | | |
| Closets² | | |
| Lighting¹ | | |
| Electrical outlets | | |
| | | |
| **Bathroom(s)** | | |
| Sink/Faucets³ | | |
| Shower/Tub³ | | |
| Curtain Rod | | |
| Towel Rack | | |
| Toilet | | |
| Doors/Locks | | |
| Floor/Coverings | | |
| Walls/Coverings | | |
| Ceiling | | |
| Cabinets | | |
| Exhaust fan | | |
| Lighting¹ | | |
| Electrical outlets | | |
| | | |
| **OTHER EQUIPMENT** | | |
| Locks/Keys | | |
| Heating Equipment | | |
| Air-Conditioning Unit | | |
| Thermostat | | |
| Smoke Detectors/CO | | |
| Entry Door | | |
| Hall Closet/Linen Closet | | |

1. Fixtures, Bulbs, Switches, and Timers    2. Floor/Walls/Ceiling, Shelves/Rods, Lighting    3. Water pressure and Hot water

**Move-In**

This inspection report represents the condition of the unit. The unit is in decent, safe and sanitary condition. Any deficiencies identified in this report will be remedied within 30 days of the date the tenant moves into the unit.

_____  12/26/18
Manager's Signature          Date

I have inspected the apartment and found it to be in good condition, excepting the items noted above. I recognize that I am responsible for keeping the apartment in good condition, with the exception of normal wear. In the event of damage, I agree to pay the cost to restore the apartment to its original condition.

_____  12/26/2018
Resident's Signature          Date

_____  _____
Resident's Signature          Date

**Move-Out**

_____  _____
Manager's Signature          Date

___ Agree with move-out inspection

___ Disagree with move-out inspection
     If disagree, list specific items of
     disagreement.

_____

_____

_____

_____  _____
Resident's Signature          Date

_____  _____
Resident's Signature          Date



## MOVE-IN/MOVE-OUT INSPECTION RECORD

Resident's Name(s): _Esther MBUGANG_

Unit Address: _15201 Hayes street_     Apt. #_225_   Unit Size_164_ BR _1_

| Items | Move-in Condition | Move-out Condition |
|---|---|---|
| **LIVING ROOM** | | |
| Floor/Coverings | | |
| Walls/Coverings | | |
| Ceiling | | |
| Windows/Covering/Screens | | |
| Lighting[1] | | |
| Electrical outlets | | |
| | | |
| **DINING ROOM** | | |
| Floor/Coverings | | |
| Walls/Coverings | | |
| Ceiling | | |
| Windows/Covering/Screens | | |
| Lighting[1] | | |
| Electrical outlets | | |
| | | |
| **KITCHEN** | | |
| Range-Whirlpool | | |
| Refrigerator-Whirlpool | | |
| Dishwasher -Whirlpool | | |
| Sink/Faucets[3] | | |
| Garbage Disposal | | |
| Floor/Coverings | | |
| Walls/Coverings | | |
| Lighting[1] | | |
| Electrical outlets | | |
| Cabinets | | |
| Closets/Pantry[2] | | |
| Exhaust fan | | |
| Fire alarms/equipment | | |
| | | |
| | | |
| | | |
| **Bedroom #1** | | |
| Doors and locks | | |
| Floor/Coverings | | |
| Wall/Coverings | | |
| Ceiling | | |
| Windows/Coverings/Screens | | |
| Closets[2] | | |
| Lighting[1] | | |
| Electrical outlets | | |
| | | |
| | | |