# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| YVONNE ESTER MEUGANG, ) | |
| Plaintiff, ) | |
| ) | Civil Case No. 22-3475 (RJL) |
| v. ) | |
| ) | |
| DEANWOOD HILLS LLC, *et al* ) | |
| Defendants. ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal **Rule** 41(a)(1)(A)(ii), the parties, by and through their undersigned counsel, request the dismissal of this action with prejudice.

Dated: August 13, 2023

Respectfully Submitted,

**FAH LAW GROUP, P.C.**

*/s/ Joseph M. Nde Fah*

_____
Joseph M. Nde Fah, Esq.
(Bar No.: 13932)
8757 Georgia Avenue, Suite 440
Silver Spring MD 20910
T: 301 585 3314
P: 301 585 0854
jfah@fahlawgroup.com

**Attorney for Plaintiff**

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP**

By: /s/ *Angela w. Russell*
Angela W. Russell, Esq. (Bar No. 447537)
angela.Russell@wilsonelser.com
250 West Pratt Street, Suite 2200
Baltimore, Maryland 21201
Phone: (410) 539-1800
Fax:    (410) 962-8758
*Attorneys for Defendants*